**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civ. A. No. 1:24-cv-03686 (JHR) (JW) |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civ. A. No. 1:24-cv-04662 (JHR) (JW) |

**NOTICE OF MOTION AND MOTION OF PAUL HARTMANN FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Jennifer H. Rearden, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 12B, New York, New York 10007, Paul Hartmann ("Mr. Hartmann"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above captioned related actions (the "Related Actions") under Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Mr. Hartmann as lead plaintiff; (iii) approving his selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as lead counsel for the proposed class, and (iv) for any such further relief as the Court may deem just and proper.

In support of his Motion, Mr. Hartmann submits his Memorandum of Law in Support of the Motion of Paul Hartmann for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Paul Hartmann for Consolidation, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, dated July 12, 2024, and its exhibits.

This Motion is made on the grounds that Mr. Hartmann believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Hartmann believes that he has the "largest financial interest" in the relief sought by the proposed class in the Related Actions as a result of the losses he suffered on his purchases of Inari Medical, Inc. common stock. Mr. Hartmann also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Hartmann respectfully requests that the Court: (1) consolidate the

Related Actions; (2) appoint him as lead plaintiff in accordance with the PSLRA; (3) approve his selection of Kaplan Fox to serve as lead counsel for the proposed Class; and (4) grant any such further relief that the Court may deem just and proper.

Dated:  July 12, 2024                              Respectfully submitted,

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi
Pamela Mayer
Brandon Fox
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
jcampisi@kaplanfox.com
pmayer@kaplanfox.com
bfox@kaplanfox.com

*Attorneys for Movant Paul Hartmann and Proposed Lead Counsel for the Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on July 12, 2024, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Jeffrey P. Campisi
Jeffrey P. Campisi
