# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>Defendants. | Civ. A. No. 1:24-cv-03686 (JHR) (JW) |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>Defendants. | Civ. A. No. 1:24-cv-04662 (JHR) (JW) |

**[PROPOSED] ORDER GRANTING THE MOTION OF
PAUL HARTMANN FOR CONSOLIDATION OF THE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF
<u>LEAD COUNSEL</u>**

Having considered the Motion of Paul Hartmann ("Mr. Hartmann") for Consolidation of the above captioned actions (the "Related Actions"), Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, the Memorandum of Law in Support of the Motion of Paul Hartmann for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Paul Hartmann for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, dated July 12, 2024, and good cause appearing therefor,

1. Under Rule 42 of the Federal Rules of Civil Procedure, Mr. Hartmann's motion to consolidate the Related Actions is GRANTED and the Related Actions are hereby consolidated for all purposes.

2. Mr. Hartmann's motion for appointment as lead plaintiff is GRANTED, and any competing motions for appointment as lead plaintiff are DENIED.

3. Under 15 U.S.C. § 78U-4(a)(3)(B), Mr. Hartmann is appointed to serve as lead plaintiff in the consolidated action and any subsequently filed or transferred actions that relate to the consolidated action.

4. Mr. Hartmann's choice of Kaplan Fox & Kilsheimer LLP to serve as lead counsel for the proposed class is approved.


IT IS SO ORDERED.

DATED: _____    _____
                                                             THE HONORABLE JENNIFER H. REARDEN
                                                             UNITED STATES DISTRICT JUDGE

1