**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>Defendants. | Civ. A. No. 1:24-cv-03686 (JHR) (JW) |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>Defendants. | Civ. A. No. 1:24-cv-04662 (JHR) (JW) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF PAUL HARTMANN FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2.      I respectfully submit this Declaration in Support of the Motion of Paul Hartmann for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel.  I have personal knowledge of the matters set forth below based upon and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Press release titled "Grant & Eisenhofer Files Class Action Lawsuit Against Inari Medical, Inc. on Behalf of Institutional Investor," dated May 13, 2024;

Exhibit B:      Press release titled "Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Common Stock of Inari Medical, Inc. (NasdaqGS: NARI) for an Expanded Class Period March 10, 2021 through February 28, 2024," dated June 18, 2024;

Exhibit C:      Paul Hartmann's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995, dated June 17, 2024;

Exhibit D:      Chart of Paul Hartmann's losses prepared by counsel;

Exhibit E:      Firm resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit F:      The Declaration of Paul Hartmann, dated July 11, 2024.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed this 12th day of July 2024.

/s/        *Jeffrey P. Campisi*
JEFFREY P. CAMPISI

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on July 12, 2024, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/      *Jeffrey P. Campisi*
JEFFREY P. CAMPISI

3