# EXHIBIT B

Case 1:24-cv-03686-CHW-JW Document 15-2 Filed 07/13/24 Page 2 of 3



KAPLAN FOX
Service. Driven. Results.

# Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Common Stock of Inari Medical, Inc. (NasdaqGS: NARI) for an Expanded Class Period March 10, 2021 through February 28, 2024

Jun. 18, 2024 11:30 PM ET
Source: Kaplan Fox

NEW YORK, NY – (NewMediaWire (https://www.newmediawire.com) ) – June 18, 2024 – Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com (http://www.kaplanfox.com) ) has filed a class action suit in the United States District Court for the Southern District of New York against Inari Medical, Inc. ("Inari" or the "Company") (NasdaqGS: NARI), William Hoffman, the Company's President and Chief Executive Officer at the start of the Class Period through January 1, 2023, and a member of the Company's Board of Directors, Andrew Hykes, the Company's President and Chief Executive Officer, as well as a member of the Company's Board of Directors, and Mitch C. Hill, the Company's Chief Financial Officer ("Defendants").



The Complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the SEC, and is brought by plaintiff on behalf of all purchasers of the common stock of Inari during the period March 10, 2021 through February 28, 2024, inclusive (the "Class Period").

**If you are a member of the proposed Class, you may move the court no later than July 12, 2024 to serve as a lead plaintiff for the proposed Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.**

If you have any questions about this Notice, the action, your rights, or your interests, or would like a copy of the Complaint, please visit www.kaplanfox.com (http://www.kaplanfox.com) , e-mail attorneys Jeffrey P. Campisi (jcampisi@kaplanfox.com) or Laurence King (lking@kaplanfox.com), or contact them by phone, regular mail, or fax, or click here (https://www.kaplanfox.com/join-a-case/) .

The complaint alleges that Inari is a medical device company that specializes in developing, manufacturing and commercializing catheter-based technologies for treating venous thromboembolism ("VTE"), a condition that occurs when a blood clot forms in a vein, usually in the lower leg, thigh, or pelvis.

The complaint further alleges that throughout the Class Period, Defendants reported revenue growth and "continued US commercial expansion and increased product adoption" that in material part was due to the success of its marketing and sales activities. Moreover, the complaint alleges that Defendants represented that the Company's continued growth was attributable to its "growth drivers" which included "expansion of [its] sales organization to target new hospitals and physicians" and "building awareness and driving deeper adoption at existing hospital customers."

7/12/24, 9:06 AM    Print Friendly: Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Common Stock of Inari Medical, Inc. …

Case 1:24-cv-03686-GHW-JW    Document 15-2    Filed 07/12/24    Page 3 of 3

Further, the complaint alleges that unknown to investors, Defendants failed to disclose that the Company's reported revenue growth and sales and marketing success was due in material part to meals and consulting service payments provided to health care professionals by the Company that were in violation of the federal Anti-Kickback Statute and Civil False Claims Act.

According to the complaint, investors began to learn the truth on February 28, 2024, after the close of trading, when the Company disclosed receipt of a civil investigative demand in December 2023 from the U.S. Department of Justice ("DOJ") "requesting information primarily related to meals and consulting service payments provided to healthcare professionals."  As alleged in the complaint, as a result of this news, Inari's share price declined over $12 per share, or by approximately 21% on heavier than average volume the first trading day following the disclosure – from a closing price of $58.26 per share on February 28, 2024 to $46.12 per share on February 29, 2024.

Plaintiff seeks to recover damages on behalf of the proposed Class and is represented by Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com (http://www.kaplanfox.com) ). Our firm, with offices in New York, Oakland, California, Los Angeles, Chicago, and New Jersey, has decades of experience in prosecuting investor class actions and actions involving violations of the Federal securities laws.

Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38thth Floor
New York, New York 10022
Telephone: (212) 329-8571
Fax: (212)-687-7714
E-mail: jcampisi@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4704
Fax:  (415) 772-4707
E-mail: lking@kaplanfox.com



NewMediaWire distributes press releases on behalf of hundreds of publicly traded companies, as well as private corporations, non-profits and other public sector organizations. Founded and staffed by industry veterans, we offer a full complement of services including specialized delivery to financial sites and posting of photos and multimedia content. In addition, NewMediawire offers international and specialized services such as IR websites and industry specific distribution.