# EXHIBIT C

## CERTIFICATION

I, Paul Hartmann, hereby certify and swear as follows:

1.  I have reviewed a complaint against Inari Medical, Inc. alleging violations of the securities laws and authorize the filing of a complaint or the filing of a lead plaintiff motion;

2.  I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3.  I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4.  My transactions in Inari Medical, Inc. common stock during the proposed class period are set forth in Schedule A, which is attached hereto.

5.  I did not purchase Inari Medical, Inc. common stock at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6.  I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____June 17_____, 2024

_____
Paul Hartmann

## Schedule A

### Paul Hartmann Transactions in Inari Medical, Inc.

| Security Description | CUSIP | Transaction | Date | Quantity | Price |
|---|---|---|---|---|---|
| INARI MEDICAL INC | 45332Y109 | Bought | 3/18/2021 | 3,000 | $104.93 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/18/2021 | 3,000 | $104.10 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/18/2021 | (3,000) | $107.90 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/18/2021 | (3,000) | $107.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/23/2021 | 3,000 | $109.80 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/24/2021 | 1,000 | $103.56 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/29/2021 | 2,000 | $99.50 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/31/2021 | (2,000) | $104.90 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/31/2021 | (1,000) | $106.49 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/5/2021 | 3,000 | $105.55 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/5/2021 | 3,000 | $105.51 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/6/2021 | (3,000) | $107.90 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/6/2021 | (3,000) | $111.21 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/6/2021 | (3,000) | $111.11 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/12/2021 | 3,000 | $108.60 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/12/2021 | (3,000) | $113.15 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $107.80 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $108.31 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $108.45 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $108.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $109.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 3,000 | $104.60 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 327 | $104.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 100 | $104.78 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 2,700 | $104.80 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 100 | $104.76 |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 100 | $104.77 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/22/2021 | (3,000) | $107.89 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (3,000) | $111.39 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (2,700) | $110.40 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (3,000) | $112.30 |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (3,000) | $111.90 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $108.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $106.95 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $107.54 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $107.57 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 2,780 | $107.80 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 120 | $107.75 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 100 | $107.74 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $107.99 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $93.50 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $93.50 |

| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $93.40 |
|---|---|---|---|---|---|
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $94.07 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (2,780) | $93.50 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/31/2021 | (3,000) | $94.10 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/10/2022 | 3,000 | $82.00 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/10/2022 | 3,000 | $83.00 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/10/2022 | 3,000 | $82.75 |
| INARI MEDICAL INC | 45332Y109 | Sold | 1/11/2022 | (3,000) | $92.80 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/13/2022 | 3,000 | $82.19 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/14/2022 | 3,000 | $77.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/18/2022 | 3,000 | $75.50 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (100) | $98.53 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (100) | $98.53 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (45) | $98.55 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (100) | $98.52 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (2,435) | $98.50 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (2,780) | $99.50 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 2,291 | $83.00 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 300 | $82.99 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 400 | $82.98 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 9 | $82.92 |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 3,000 | $79.75 |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/31/2022 | (3,000) | $93.00 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/23/2023 | 3,000 | $62.65 |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/27/2023 | 3,000 | $60.05 |
| INARI MEDICAL INC | 45332Y109 | Sold | 5/9/2023 | (3,000) | $69.54 |
| INARI MEDICAL INC | 45332Y109 | Sold | 5/9/2023 | (3,000) | $69.45 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/25/2023 | 3,000 | $59.79 |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/26/2023 | 3,000 | $58.95 |
| INARI MEDICAL INC | 45332Y109 | Bought | 11/3/2023 | 3,000 | $48.04 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/14/2023 | (3,000) | $66.70 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/14/2023 | (3,000) | $66.70 |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/21/2023 | (3,000) | $64.96 |