# EXHIBIT D

**Paul Hartmann**

**Estimated Losses in Inari Medical, Inc. - Class period: March 10, 2021 - February 28, 2024**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **INARI MEDICAL INC** | | | | | | | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/18/2021 | 3,000 | $104.9300 | $314,790.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/18/2021 | 3,000 | $104.1000 | $312,300.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/23/2021 | 3,000 | $109.8000 | $329,400.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/24/2021 | 1,000 | $103.5600 | $103,560.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/29/2021 | 2,000 | $99.5000 | $199,000.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/5/2021 | 3,000 | $105.5500 | $316,650.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/5/2021 | 3,000 | $105.5100 | $316,530.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/12/2021 | 3,000 | $108.6000 | $325,800.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $107.8000 | $323,400.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $108.3100 | $324,930.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $108.4500 | $325,350.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $108.4993 | $325,497.90 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/14/2021 | 3,000 | $109.5000 | $328,500.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 3,000 | $104.6000 | $313,800.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 327 | $104.5000 | $34,171.50 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 100 | $104.7750 | $10,477.50 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 2,700 | $104.8000 | $282,960.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 100 | $104.7640 | $10,476.40 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 4/16/2021 | 100 | $104.7650 | $10,476.50 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $108.5000 | $325,500.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $106.9500 | $320,850.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $107.5400 | $322,620.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $107.5700 | $322,710.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 2,780 | $107.8000 | $299,684.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 120 | $107.7500 | $12,930.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 100 | $107.7400 | $10,774.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/4/2021 | 3,000 | $107.9900 | $323,970.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/10/2022 | 3,000 | $82.0000 | $246,000.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/10/2022 | 3,000 | $83.0000 | $249,000.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/10/2022 | 3,000 | $82.7475 | $248,242.50 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/13/2022 | 3,000 | $82.1900 | $246,570.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/14/2022 | 3,000 | $77.5000 | $232,500.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/18/2022 | 3,000 | $75.5000 | $226,500.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 2,291 | $83.0000 | $190,153.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 300 | $82.9900 | $24,897.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 400 | $82.9800 | $33,192.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 9 | $82.9150 | $746.24 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 3/10/2022 | 3,000 | $79.7500 | $239,250.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/23/2023 | 3,000 | $62.6485 | $187,945.50 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 1/27/2023 | 3,000 | $60.0500 | $180,150.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/25/2023 | 3,000 | $59.7887 | $179,366.13 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 5/26/2023 | 3,000 | $58.9500 | $176,850.00 | |
| INARI MEDICAL INC | 45332Y109 | Bought | 11/3/2023 | 3,000 | $48.0400 | $144,120.00 | |
| | | | | *99,327* | | *$9,252,590.17* | |
| | | | | | | | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/18/2021 | (3,000) | $107.9000 | ($323,700.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/18/2021 | (3,000) | $107.5000 | ($322,500.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/31/2021 | (2,000) | $104.9000 | ($209,800.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/31/2021 | (1,000) | $106.4900 | ($106,490.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/6/2021 | (3,000) | $107.9000 | ($323,700.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/6/2021 | (3,000) | $111.2100 | ($333,630.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/6/2021 | (3,000) | $111.1147 | ($333,344.10) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/12/2021 | (3,000) | $113.1500 | ($339,450.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/22/2021 | (3,000) | $107.8900 | ($323,670.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (3,000) | $111.3900 | ($334,170.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (2,700) | $110.4000 | ($298,080.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (3,000) | $112.3000 | ($336,900.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 4/26/2021 | (3,000) | $111.9000 | ($335,700.00) | |

**Paul Hartmann**

**Estimated Losses in Inari Medical, Inc. - Class period: March 10, 2021 - February 28, 2024**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $93.5000 | ($280,500.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $93.5000 | ($280,500.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $93.4000 | ($280,200.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (3,000) | $94.0728 | ($282,218.49) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/30/2021 | (2,780) | $93.5000 | ($259,930.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/31/2021 | (3,000) | $94.1000 | ($282,300.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 1/11/2022 | (3,000) | $92.8000 | ($278,400.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (100) | $98.5320 | ($9,853.20) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (100) | $98.5300 | ($9,853.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (45) | $98.5450 | ($4,434.53) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (100) | $98.5150 | ($9,851.50) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (2,435) | $98.5000 | ($239,847.50) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/9/2022 | (2,780) | $99.5000 | ($276,610.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 3/31/2022 | (3,000) | $93.0000 | ($279,000.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 5/9/2023 | (3,000) | $69.5400 | ($208,620.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 5/9/2023 | (3,000) | $69.4500 | ($208,350.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/14/2023 | (3,000) | $66.7000 | ($200,100.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/14/2023 | (3,000) | $66.7000 | ($200,100.00) | |
| INARI MEDICAL INC | 45332Y109 | Sold | 12/21/2023 | (3,000) | $64.9635 | ($194,890.56) | |
| INARI MEDICAL INC | 45332Y109 | Retained* | | (19,287) | $42.9835 | ($829,023.70) | |
| | | | | (99,327) | | ($8,535,716.58) | $716,873.59 |

*indicates average closing price from 2/29/2024 through 5/28/2024 (90-day lookback period)

2