**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br>                Plaintiff, <br><br>     v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br>                Defendants. | Case No. 1:24-cv-03686-JHR <br><br> **DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT ARVIN NAZERZADEH-YAZDI AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br>                Plaintiff, <br><br>     v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br>                Defendants. | Case No. 1:24-cv-04662-JHR |

I, Lucas E. Gilmore, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Arvin Nazerzadeh-Yazdi. ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

- 1 -

011255-11/2671357 V1

Exhibit A:    Movant's Certification;

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Movant's Declaration;

Exhibit D:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on May 13, 2024; and

Exhibit E:    Excerpts from Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of July 2024, at San Diego, California.

_____
LUCAS E. GILMORE

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

011255-11/2671357 V1