# Exhibit B

**Loss Analysis for Arvin Nazerzadeh-Yazdi - Inari Medical, Inc. (NARI)**
**Class Period 02/24/22 - 02/28/24**

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Account 1 | $148,964.42 | $144,808.01 |
| Account 2 | $14,543.25 | $13,474.04 |
| | $163,507.66 | $158,282.05 |

**Loss Analysis for Arvin Nazerzadeh-Yazdi - Inari Medical, Inc. (NARI)**
**Class Period 02/24/22 - 02/28/24**
**Account 1**

| | | **PURCHASES** | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period** | 03/11/22 | 180 | $82.5000 | $14,850.00 | 03/21/22 | 200 | $84.0300 | $16,806.00 |
| **Purchases** | 03/16/22 | 220 | $76.0000 | $16,720.00 | | | | |
| | 03/23/22 | 400 | $84.0000 | $33,600.00 | | | | |
| | 03/31/22 | 150 | $91.0000 | $13,650.00 | | | | |
| | 06/10/22 | 109 | $63.6500 | $6,937.85 | | | | |
| | 06/28/22 | 281 | $69.2500 | $19,459.25 | | | | |
| | 07/01/22 | 304 | $67.5000 | $20,520.00 | | | | |
| | 08/11/22 | 249 | $84.0000 | $20,916.00 | | | | |
| | 08/16/22 | 376 | $78.4000 | $29,478.40 | | | | |
| | 11/02/22 | 331 | $74.0000 | $24,494.00 | | | | |
| | 11/03/22 | 305 | $70.0000 | $21,350.00 | | | | |
| | 12/01/22 | 311 | $74.6000 | $23,200.60 | | | | |
| | 12/02/22 | 467 | $72.8400 | $34,016.28 | | | | |
| | 12/21/22 | 275 | $68.7500 | $18,906.25 | | | | |
| | 12/27/22 | 242 | $63.1500 | $15,282.30 | | | | |
| | 01/03/23 | 260 | $60.4000 | $15,704.00 | | | | |
| | 01/19/23 | 270 | $61.7500 | $16,672.50 | | | | |
| | 01/27/23 | 289 | $58.6500 | $16,949.85 | | | | |
| | 01/31/23 | 668 | $57.0400 | $38,102.72 | | | | |
| | 02/21/23 | 123 | $54.6000 | $6,715.80 | | | | |
| **Post Class** | | | | | **Post Class** 03/01/24 | 610 | $46.1500 | $28,151.50 |
| **Purchases** | | | | | **Sales** 03/15/24 | 1,000 | $42.8000 | $42,800.00 |
| | | | | | 03/19/24 | 800 | $42.5500 | $34,040.00 |
| | | | | | 05/07/24 | 200 | $42.9900 | $8,598.00 |
| | | | | | 05/13/24 | 300 | $45.7800 | $13,734.00 |
| | | | | | 05/15/24 | 300 | $47.0200 | $14,106.00 |
| | | | | | 05/23/24 | 240 | $47.5000 | $11,400.00 |

*\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sale date; or (2) the actual sale price.*

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 5,810 | Total Amt. Paid in CP | $407,525.80 | Total Shares Sold in CP | 200 | Total Amt. Sold in CP | $16,806.00 |

Total Shares Sold in CP: 200 — Total Amt. Sold in CP: $16,806.00
Post CP Shares Sold: 3,450 — Post CP Amount Sold: $152,829.50
Total Shares Sold to Current: 3,650 — Total Amt. Sold to Current: $169,635.50 **ALTERNATIVE**

Actual Net Shares Acquired in CP: 5,610 (CP Retained Shares)

Net Amount Paid in CP: $390,719.80
Net Amount Paid in CP Minus Sold to Current Date: $237,890.30 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 5,610 — Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 2,160 — Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $43.09

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $241,755.38
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $93,082.29 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $297,637.51 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $148,964.42
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $144,808.01 **ALTERNATIVE**

**Loss Analysis for Arvin Nazerzadeh-Yazdi - Inari Medical, Inc. (NARI)**
**Class Period 02/24/22 - 02/28/24**
**Account 2**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 03/14/22 | 200 | $79.0000 | $15,800.00 | | 05/03/22 | 200 | $79.8800 | $15,976.00 |
| Purchases | 08/02/22 | 401 | $79.8000 | $31,999.80 | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | 03/04/24 | 401 | $45.7600 | $18,349.76 |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

*\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sale date; or (2) the actual sale price.*

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 601 | Total Amt. Paid in CP | $47,799.80 | Total Shares Sold in CP | 200 | Total Amt. Sold in CP | $15,976.00 |

Post CP Shares Sold   401   Post CP Amount Sold   $18,349.76

Total Shares Sold to Current   601   Total Amt. Sold to Current   $34,325.76 **ALTERNATIVE**

Actual Net Shares Acquired in CP   401   (CP Retained Shares)

Net Amount Paid in CP   $31,823.80

Net Amount Paid in CP Minus Sold to Current Date   $13,474.04 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)   401   Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date   0   Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $43.09

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $17,280.55

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $0.00 **ALTERNATIVE**

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $31,823.80 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   $14,543.25

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   $13,474.04 **ALTERNATIVE**