# Exhibit D



# Grant & Eisenhofer Files Class Action Lawsuit Against Inari Medical, Inc. on Behalf of Institutional Investor

May 13, 2024 06:16 PM Eastern Daylight Time

NEW YORK--(<u>BUSINESS WIRE</u>)--Institutional investor and union pension fund Plaintiff Michiana Area Electrical Workers' Pension Fund filed a class action lawsuit today against Inari Medical, Inc. ("Inari" or the "Company"), William Hoffman, Andrew Hykes, and Mitch C. Hill, alleging they defrauded investors by issuing false and misleading statements concerning Inari's business, operations, and prospects, particularly with regard to the Company's financial results and the success of its product sales.

The suit, brought in federal court in the United States District Court for the Southern District of New York was filed by leading investor law firm Grant & Eisenhofer P.A.

The action is brought on behalf of all persons or entities who purchased or acquired Inari common stock **between February 24, 2022 and February 28, 2024, inclusive** (the "Class Period"). The action is captioned *Michiana Area Electrical Workers' Pension Fund, IBEW Local 153 v. Inari Medical, Inc., William Hoffman, Andrew Hykes, and Mitch C. Hill*, CASE # 1:24-cv-03686 (S.D.N.Y.).

The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Inari is a medical device company that develops and manufactures a variety of products, including minimally invasive, novel, catheter-based mechanical thrombectomy devices and their accessories to address the unique characteristics of specific medical conditions. These products are aimed at improving outcomes for patients suffering from venous thromboembolism ("VTE") and other vascular diseases and conditions. During the Class Period, Defendants consistently touted Inari's "record revenue," purportedly driven by "the strength in our core VTE business." But Defendants failed to disclose that a significant portion of its expenses were used to compensate medical professionals improperly for using Inari's products. In truth, while Defendants were speaking positively about the Company's growth prospects, it had been engaging in illegal business practices. Specifically, the Company had been unlawfully compensating health care professionals in violation of the federal Anti-Kickback Statute and Civil False Claims Act. Defendants also misled investors regarding business expenses in order to conceal their illicit conduct.

The market was thus shocked when, after the close of trading on February 28, 2024, Inari revealed in its Form 10-K for fiscal year 2023 that it had received a civil investigative demand from the U.S. Department of Justice, Civil Division, in connection with an investigation under the federal Anti-Kickback Statute and Civil False Claims Act, requesting information and documents primarily relating to meals and consulting service payments provided to health care professionals. In response to this news, Inari's stock price plummeted over $12 per share or 21% the very next trading day – from a closing price of $58.26 per share on February 28, 2024 to $46.12 per share on February 29, 2024 – wiping out approximately $700 million in market capitalization in one trading day and damaging investors.

For investors who purchased or acquired Inari common stock during the Class Period, you are a member of this proposed Class and may be able to seek appointment as lead plaintiff, which is a court-appointed representative for the Class, by complying with the relevant provisions for the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. Section 78u-4(a)(2)(A)(i)-(iv). If you wish to serve as lead plaintiff, **you must move the Court by no later than July 12, 2024**, which is the lead plaintiff deadline that was established by publication of this notice on May 13, 2024. You do not need seek to become a lead plaintiff in order to share in any possible recovery. You may also retain counsel of your choice to represent you in this action.

If you wish to discuss this action or have any questions concerning this notice or your rights, please contact Caitlin M. Moyna at Grant & Eisenhofer at 646-722-8513, or via email at cmoyna@gelaw.com.

Contacts

Grant & Eisenhofer

Caitlin M. Moyna

646-722-8513

cmoyna@gelaw.com