**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Case No. 1:24-cv-03686-JHR <br><br> **[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT ARVIN NAZERZADEH-YAZDI AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Case No. 1:24-cv-04662-JHR |

WHEREAS, the Court has considered the motion of class member Arvin Nazerzadeh-Yazdi ("Movant"), for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff for the Class; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

- 1 -

011255-11/2671412 V1

1.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedures, *Michiana Area Electrical Workers' Pension Fund v. Inari Medical, Inc., et al.*, 1:24-cv-03686 (S.D.N.Y) and *Hartmann v. Inari Medical, Inc., et al.*, 1:24-cv-04662 (S.D.N.Y) are consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re INARI MEDICAL, INC.* <br> *SECURITIES LITIGATION* | ) Master File No. 1:24-cv-03686-JHR <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |
| This Document Related to: <br><br> ALL ACTIONS. | ) <br> ) <br> ) <br> ) |

(a)      The file in Case No. 1:24-cv-03686-JHR shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of Inari securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

011255-11/2671412 V1

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.     Movant is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.     Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel for the Class in the action.

4.     Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5.     Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

6.     Lead Counsel shall also be available and responsible for communications to and from this Court.

7.     Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

IT IS SO ORDERED.

011255-11/2671412 V1

Dated: _____

                                     _____
                                       HON. JENNIFER H. REARDEN
                                       UNITED STATES DISTRICT JUDGE

DATED: July 12, 2024                     Respectfully Submitted,

                                       HAGENS BERMAN SOBOL SHAPIRO LLP

                                       By    */s/ Nathaniel A. Tarnor*        
                                               NATHANIEL A. TARNOR

                                       68 3rd Street, Suite 249
                                       Brooklyn, NY11231
                                       Telephone: (212) 752-5455
                                       Facsimile:  (917) 210-3980
                                       nathant@hbsslaw.com

                                       Reed R. Kathrein (*pro hac vice* forthcoming)
                                       Lucas E. Gilmore (*pro hac vice* forthcoming)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       715 Hearst Avenue, Suite 202
                                       Berkeley, CA  94710
                                       Telephone: (510) 725-3000
                                       Facsimile:  (510) 725-3001
                                       reed@hbsslaw.com
                                       lucasg@hbsslaw.com

                                       Steve W. Berman (*pro hac vice* forthcoming)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1301 Second Avenue, Suite 2000
                                       Seattle, WA  98101
                                       Telephone: (206) 623-7292
                                       Facsimile:  (206) 623-0594
                                       steve@hbsslaw.com

                                       *Counsel for [Proposed] Lead Plaintiff*
                                       *Arvin Nazerzadeh-Yazdi*

- 4 -

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

011255-11/2671412 V1