**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civil Action No. 1:24-cv-03686 <br><br> The Honorable Jennifer H. Rearden <br><br> <u>CLASS ACTION</u> |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civil Action No. 1:24-cv-04662 <br><br> The Honorable Jennifer H. Rearden <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION OF THE PENSION FUNDS FOR**
**CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the

Honorable Jennifer H. Rearden, at the U.S. District Court for the Southern District of New York,

located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New

York 10007, or by some other means chosen by the Court, Oklahoma Law Enforcement Retirement System, Local 353, I.B.E.W. Pension Fund, and City of Pontiac Reestablished General Employees' Retirement System (collectively, the "Pension Funds"), will respectfully move this Court for the entry of an Order: (i) consolidating the above-captioned related securities class actions; (ii) appointing the Pension Funds as Lead Plaintiff; and (iii) approving the Pension Funds' selection of Grant & Eisenhofer P.A. and Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.

This Motion is made on the grounds that the Pension Funds are the "most adequate plaintiff" pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B).  In support of this Motion, the Pension Funds submit the accompanying Memorandum of Law, the Declaration of Daniel L. Berger and accompanying exhibits attached thereto.

Dated: July 12, 2024

*/s/ Daniel L. Berger*
Daniel L. Berger
Caitlin M. Moyna
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com

*/s/ Samuel H. Rudman*
Samuel H. Rudman
David A. Rosenfeld
**ROBBINS GELLER RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com
Email: drosenfeld@rgrdlaw.com

1

*Proposed Lead Counsel for Proposed Lead Plaintiff*

**ASHERKELLY**
Michael J. Asher
Jacqueline A. Kelly
Cynthia J. Billings-Dunn
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Tel.: (248) 746-2710
Email: masher@asherkellylaw.com
Email: jkelly@asherkellylaw.com
Email: cbdunn@asherkellylaw.com

*Additional Counsel*

2