**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>Defendants. | Civil Action No. 1:24-cv-03686<br><br>The Honorable Jennifer H. Rearden<br><br><u>CLASS ACTION</u> |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>Defendants. | Civil Action No. 1:24-cv-04662<br><br>The Honorable Jennifer H. Rearden<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING THE PENSION FUNDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered (a) the motion of Oklahoma Law Enforcement Retirement System, Local 353, I.B.E.W. Pension Fund, and City of Pontiac Reestablished General Employees' Retirement System (collectively, the "Pension Funds") for (i) consolidation, (ii) appointment of

lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, and (iii) approval of their selection of Grant & Eisenhofer P.A. ("G&E") and Robbins Geller Rudman & Dowd LLP ("RGRD") as Lead Counsel for the class; the (b) memorandum of law in support of the Motion; and (c) the Declaration of Daniel L. Berger and attached exhibits in support of the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. All securities class actions arising out of the same facts and claims on behalf of purchasers of Inari Medical, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. Every pleading in this action, and any related action that is consolidated with this action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re INARI MEDICAL, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 1:24-cv-03686 <br><br> CLASS ACTION |

4. Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

1

5.      The Pension Funds are hereby APPOINTED as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii); and

6.      The Pension Funds' selection of G&E and RGRD as lead counsel is hereby APPROVED, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

Dated: _____ 2024.

_____
THE HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

2