**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civil Action No.: 1:24-cv-03686-JHR <br><br><br> <u>CLASS ACTION</u> |

| | |
|---|---|
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civil Action No. 1:24-cv-04662-JHR <br><br><br> <u>CLASS ACTION</u> |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT OF THE PENSION FUNDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, DANIEL L. BERGER, under penalty of perjury and on oath, duly declare and state as follows:

1.      I am  an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a director of the law firm Grant & Eisenhofer P.A. ("G&E"), proposed lead counsel for movants Oklahoma Law Enforcement Retirement System ("OLERS"), Local 353, I.B.E.W. Pension Fund ("Local 353 PF"), and City of Pontiac Reestablished General Employees' Retirement System ("PGERS") (collectively, the "Pension Funds") in the above-captioned related securities class actions.  I submit this declaration in support of the Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of the Pension Funds' Certifications.

3.      Attached as Exhibit B is a true and correct copy of the Pension Funds' estimated losses, prepared by counsel.

4.      Attached as Exhibit C is a true and correct copy of the PSLRA notice of this action published on *Business Wire*, a national business-oriented publication, dated May 13, 2024.

5.      Attached as Exhibit D is the Pension Funds' Joint Declaration In Support of Lead Plaintiff Motion.

Signed and dated this 12th day of July, 2024.

*/s/ Daniel L. Berger*
Daniel L. Berger