# EXHIBIT A

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

LOCAL 353, I.B.E.W. PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Fazio v. Eargo, Inc.*, No. 3:21-cv-07848 (N.D. Cal.)
*Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, No. 3:22-cv-03023 (N.D. Cal.).

(b) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II,* No. 1:21-cv-04349 (N.D. Ill.)
*Doyle v. Reata Pharmaceuticals, Inc.*, No. 4:21-cv-00987 (E.D. Tex.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this __5th__ day of July, 2024.

LOCAL 353, I.B.E.W. PENSION FUND

By: _____ Jul, 5 2024
Learco Caprio, Trustee

By: __DJGraham__
DJGraham (Jul 5, 2024 09:59 EDT)
David Graham, Trustee

INARI

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/16/2021 | 1,593 | $72.02 |
| 08/17/2021 | 1,057 | $71.64 |
| 08/18/2021 | 507 | $73.25 |
| 08/19/2021 | 423 | $72.51 |
| 08/20/2021 | 315 | $74.33 |
| 08/23/2021 | 414 | $79.19 |
| 08/24/2021 | 558 | $80.73 |
| 08/25/2021 | 793 | $80.05 |
| 08/26/2021 | 686 | $79.08 |
| 08/27/2021 | 423 | $82.88 |
| 08/30/2021 | 554 | $80.84 |
| 08/31/2021 | 378 | $81.70 |
| 09/01/2021 | 333 | $81.65 |
| 09/07/2021 | 1,373 | $81.65 |
| 11/10/2021 | 1,763 | $92.48 |
| 11/11/2021 | 440 | $92.46 |
| 12/23/2021 | 760 | $89.24 |
| 01/10/2022 | 897 | $84.03 |
| 02/04/2022 | 583 | $72.76 |
| 05/06/2022 | 981 | $67.17 |
| 08/04/2022 | 1,545 | $77.89 |
| 11/04/2022 | 165 | $68.20 |
| 11/07/2022 | 373 | $68.25 |
| 11/07/2023 | 1,405 | $53.39 |
| 01/24/2024 | 295 | $56.30 |
| 01/25/2024 | 1,092 | $56.19 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/06/2021 | 203 | $76.53 |
| 01/28/2022 | 226 | $64.01 |
| 02/08/2022 | 211 | $74.96 |
| 03/07/2022 | 712 | $94.68 |
| 03/08/2022 | 915 | $92.13 |
| 04/20/2022 | 1,002 | $93.38 |
| 08/03/2022 | 1,303 | $82.93 |
| 03/01/2023 | 241 | $55.87 |
| 05/08/2023 | 226 | $63.10 |
| 09/07/2023 | 646 | $63.08 |
| 01/05/2024 | 158 | $62.52 |

Prices listed are rounded to two decimal places.

**<u>CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS</u>**

I, Duane Michael, on behalf of Oklahoma Law Enforcement Retirement System ("OLERS"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I am the Executive Director of OLERS.  I am familiar with matters set forth herein, and am duly authorized to make this certification on behalf of OLERS.

2.      I have reviewed the securities class action complaint filed against Inari Medical, Inc., *et al*., and authorized the filing of a motion for appointment as lead plaintiff on OLERS' behalf.

3.      OLERS did not purchase or acquire Inari Medical, Inc. common stock at the direction of counsel or in order to participate in any private action.

4.      OLERS  is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this Certification is a list of OLERS' transactions during the period of March 10, 2021 through February 28, 2024 (inclusive) in the Inari common stock that are the subject of the above-captioned action.  OLERS did not make any transactions during this period in Inari common stock except for the transactions listed in Schedule A.

6.      During the three-year period preceding the date of this certification, OLERS has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws of the United States in the following cases:

   a.      *In re AdapthHealth Corp. Securities Litigation*, No. 23-cv-4104 (E.D. Pa.)

   b.      *Martin v. BioXcel Therapeutics Inc., et al.*, No. 23-cv-00915 (D. Conn.)

   c.      *Police & Fire Retirement System City of Detroit et al. v. Argo Group Int'l Holdings Ltd., et al.*, No. 22-cv-08971 (S.D.N.Y.)

1

      d.      *Firemen's Retirement System of St. Louis v. Telos Corp.*, No. 22-cv-00135 (E.D. Va.)

      e.      *Lee v. Goldman Sachs Group Inc., et al.*, No. 22-cv-00169 (S.D.N.Y.)

7.      OLERS will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 1st day of July, 2024.

Oklahoma Law Enforcement Retirement System

By: _____
Duane Michael, Executive Director

2

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Pontiac Reestablished General Employees' Retirement System ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Ohio Carpenters Pension Fund v. Norfolk Southern Corporation*, No. 1:23-cv-04068 (S.D.N.Y.)

(b) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Strezsak v. Ardelyx Inc.*, No. 4:21-cv-05868 (N.D. Cal.)
*City of Pontiac General Employees' Retirement System v. First Solar, Inc.*, No. 2:22-cv-00036 (D. Ariz.)
*Robison v. Digital Turbine, Inc.*, No. 1:22-cv-00550 (W.D. Tex.)
*Grobler v. Inotiv, Inc.*, No. 4:22-cv-00045 (N.D. Ind.)
*In re Kornit Digital Ltd. Sec. Litig.*, No. 2:23-cv-00888 (D.N.J.)
*Bhangal v. Hawaiian Electric Industries, Inc.*, No. 3:23-cv-04332 (N.D. Cal.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of July, 2024.

City of Pontiac Reestablished General Employees'
Retirement System

By: _____
Sheldon Albritton, Chairman

INARI

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/10/2021 | 1,015 | $117.41 |
| 06/07/2021 | 440 | $89.45 |
| 10/20/2021 | 1,210 | $90.20 |
| 11/04/2021 | 835 | $95.17 |
| 01/04/2022 | 685 | $94.25 |
| 04/11/2022 | 755 | $89.02 |
| 05/02/2022 | 867 | $79.55 |
| 05/02/2022 | 296 | $79.55 |
| 06/17/2022 | 57 | $60.91 |
| 06/17/2022 | 19 | $60.91 |
| 06/23/2022 | 685 | $68.47 |
| 06/24/2022 | 100 | $71.01 |
| 09/16/2022 | 399 | $69.60 |
| 09/16/2022 | 136 | $69.60 |
| 10/31/2022 | 350 | $76.14 |
| 12/16/2022 | 17 | $66.15 |
| 12/16/2022 | 6 | $66.15 |
| 02/15/2023 | 765 | $58.94 |
| 03/10/2023 | 700 | $57.97 |
| 03/13/2023 | 645 | $59.11 |
| 03/17/2023 | 7 | $64.66 |
| 03/17/2023 | 3 | $64.66 |
| 06/16/2023 | 46 | $58.34 |
| 06/16/2023 | 19 | $58.34 |
| 07/10/2023 | 475 | $57.54 |
| 08/28/2023 | 1,035 | $65.66 |
| 09/11/2023 | 225 | $68.77 |
| 09/15/2023 | 560 | $66.52 |
| 10/16/2023 | 680 | $57.86 |
| 11/15/2023 | 600 | $61.58 |
| 12/04/2023 | 505 | $62.45 |
| 12/15/2023 | 9 | $64.93 |
| 12/15/2023 | 4 | $64.93 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/26/2021 | 704 | $85.45 |
| 08/17/2021 | 751 | $69.24 |
| 11/30/2021 | 95 | $83.34 |
| 02/01/2022 | 705 | $74.67 |
| 03/10/2022 | 760 | $81.77 |
| 05/06/2022 | 425 | $66.35 |
| 05/19/2022 | 375 | $59.47 |
| 06/15/2022 | 1,125 | $60.77 |

DocuSign Envelope ID: E020D97B-E593-4418-B5B9-69BBD10F0B62

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/11/2022 | 76 | $72.83 |
| 11/07/2022 | 630 | $68.51 |
| 11/30/2022 | 505 | $72.54 |
| 12/13/2022 | 67 | $70.34 |
| 03/29/2023 | 1,040 | $61.80 |
| 04/03/2023 | 210 | $59.98 |
| 04/17/2023 | 68 | $65.38 |
| 05/03/2023 | 175 | $60.81 |
| 05/04/2023 | 685 | $61.41 |
| 06/08/2023 | 67 | $60.12 |
| 07/31/2023 | 475 | $57.15 |
| 09/05/2023 | 490 | $64.60 |
| 09/15/2023 | 27 | $66.54 |
| 09/15/2023 | 12 | $66.54 |
| 10/11/2023 | 635 | $58.55 |
| 11/02/2023 | 1,375 | $51.65 |
| 11/29/2023 | 21 | $60.05 |
| 11/29/2023 | 9 | $60.05 |
| 12/15/2023 | 420 | $65.11 |
| 01/04/2024 | 1 | $62.87 |
| 01/11/2024 | 685 | $58.47 |
| 02/14/2024 | 60 | $58.24 |

Prices listed are rounded to two decimal places.