# EXHIBIT B

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Local 353, I.B.E.W. Pension Fund** | 01/25/2024 | 1,092 | $56.19 | $61,364.83 | held | 1,092 | $42.98 | $46,938.03 | |
| | 01/24/2024 | 295 | $56.30 | $16,608.41 | held | 295 | $42.98 | $12,680.15 | |
| | 11/07/2023 | 158 | $53.39 | $8,435.94 | 01/05/2024 | 158 | $62.52 | $9,877.72 | |
| | 11/07/2023 | 1,247 | $53.39 | $66,579.82 | held | 1,247 | $42.98 | $53,600.48 | |
| | 11/07/2022 | 241 | $68.25 | $16,448.49 | 03/01/2023 | 241 | $55.87 | $13,465.27 | |
| | 11/07/2022 | 132 | $68.25 | $9,009.13 | 05/08/2023 | 132 | $63.10 | $8,329.62 | |
| | 11/04/2022 | 94 | $68.20 | $6,410.92 | 05/08/2023 | 94 | $63.10 | $5,931.70 | |
| | 11/04/2022 | 71 | $68.20 | $4,842.29 | 09/07/2023 | 71 | $63.08 | $4,478.98 | |
| | 08/04/2022 | 575 | $77.89 | $44,788.13 | 09/07/2023 | 575 | $63.08 | $36,273.41 | |
| | 08/04/2022 | 970 | $77.89 | $75,555.63 | held | 970 | $42.98 | $41,694.04 | |
| | 05/06/2022 | 981 | $67.17 | $65,896.42 | 08/03/2022 | 981 | $82.93 | $81,349.82 | |
| | 02/04/2022 | 211 | $72.76 | $15,351.81 | 02/08/2022 | 211 | $74.96 | $15,817.30 | |
| | 02/04/2022 | 372 | $72.76 | $27,065.75 | 03/07/2022 | 372 | $94.68 | $35,221.82 | |
| | 01/10/2022 | 226 | $84.03 | $18,990.62 | 01/28/2022 | 226 | $64.01 | $14,465.83 | |
| | 01/10/2022 | 340 | $84.03 | $28,569.96 | 03/07/2022 | 340 | $94.68 | $32,191.98 | |
| | 01/10/2022 | 331 | $84.03 | $27,813.70 | 03/08/2022 | 331 | $92.13 | $30,495.26 | |
| | 12/23/2021 | 584 | $89.24 | $52,115.81 | 03/08/2022 | 584 | $92.13 | $53,804.33 | |
| | 12/23/2021 | 176 | $89.24 | $15,706.13 | 04/20/2022 | 176 | $93.38 | $16,434.48 | |
| | 11/11/2021 | 203 | $92.46 | $18,768.43 | 12/06/2021 | 203 | $76.53 | $15,535.12 | |
| | 11/11/2021 | 237 | $92.46 | $21,911.91 | 04/20/2022 | 237 | $93.38 | $22,130.51 | |
| | 11/10/2021 | 589 | $92.48 | $54,469.66 | 04/20/2022 | 589 | $93.38 | $54,999.47 | |
| | 11/10/2021 | 322 | $92.48 | $29,777.98 | 08/03/2022 | 322 | $82.93 | $26,701.98 | |
| | 11/10/2021 | 852 | $92.48 | $78,791.43 | held | 852 | $42.98 | $36,621.98 | |
| | 09/07/2021 | 1,373 | $81.65 | $112,106.00 | held | 1,373 | $42.98 | $59,016.41 | |
| | 09/01/2021 | 333 | $81.65 | $27,190.38 | held | 333 | $42.98 | $14,313.52 | |
| | 08/31/2021 | 378 | $81.70 | $30,883.81 | held | 378 | $42.98 | $16,247.78 | |
| | 08/30/2021 | 554 | $80.84 | $44,782.92 | held | 554 | $42.98 | $23,812.89 | |
| | 08/27/2021 | 423 | $82.88 | $35,058.96 | held | 423 | $42.98 | $18,182.04 | |
| | 08/26/2021 | 686 | $79.08 | $54,250.80 | held | 686 | $42.98 | $29,486.71 | |
| | 08/25/2021 | 793 | $80.05 | $63,483.06 | held | 793 | $42.98 | $34,085.95 | |
| | 08/24/2021 | 558 | $80.73 | $45,048.46 | held | 558 | $42.98 | $23,984.82 | |
| | 08/23/2021 | 414 | $79.19 | $32,784.95 | held | 414 | $42.98 | $17,795.19 | |
| | 08/20/2021 | 315 | $74.33 | $23,414.96 | held | 315 | $42.98 | $13,539.82 | |
| | 08/19/2021 | 423 | $72.51 | $30,672.28 | held | 423 | $42.98 | $18,182.04 | |
| | 08/18/2021 | 507 | $73.25 | $37,139.52 | held | 507 | $42.98 | $21,792.66 | |
| | 08/17/2021 | 1,057 | $71.64 | $75,722.11 | held | 1,057 | $42.98 | $45,433.61 | |
| | 08/16/2021 | 1,593 | $72.02 | $114,719.90 | held | 1,593 | $42.98 | $68,472.79 | |
| | | **19,706** | | **$1,492,531.30** | | **19,706** | | **$1,073,385.52** | **($419,145.77)** |
| **Oklahoma Law Enforcement Retirement System** | 11/02/2023 | 328 | $51.12 | $16,768.05 | 02/27/2024 | 328 | $58.27 | $19,112.56 | |
| | 03/31/2023 | 273 | $62.89 | $17,168.51 | 07/20/2023 | 273 | $56.23 | $15,350.79 | |
| | 03/31/2023 | 10 | $62.89 | $628.88 | 02/27/2024 | 10 | $58.27 | $582.70 | |
| | 03/14/2023 | 85 | $63.00 | $5,354.62 | 02/27/2024 | 85 | $58.27 | $4,952.95 | |
| | 03/14/2023 | 576 | $63.00 | $36,285.41 | 03/05/2024 | 576 | $44.09 | $25,394.40 | |
| | 12/21/2022 | 255 | $68.32 | $17,421.06 | 02/15/2023 | 255 | $59.13 | $15,078.15 | |
| | 12/20/2022 | 136 | $67.33 | $9,156.92 | 02/15/2023 | 136 | $59.13 | $8,041.68 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 12/20/2022 | 124 | $67.33 | $8,348.96 | 03/05/2024 | 124 | $44.09 | $5,466.85 | |
| 12/20/2022 | 111 | $67.33 | $7,473.66 | 03/05/2024 | 111 | $44.09 | $4,893.71 | |
| 06/24/2022 | 250 | $71.14 | $17,785.60 | 03/05/2024 | 250 | $44.09 | $11,021.88 | |
| 03/17/2022 | 258 | $84.48 | $21,796.74 | 03/05/2024 | 258 | $44.09 | $11,374.58 | |
| 03/11/2022 | 603 | $81.00 | $48,843.00 | 03/05/2024 | 603 | $44.09 | $26,584.76 | |
| 03/09/2022 | 78 | $97.71 | $7,621.22 | 03/05/2024 | 78 | $44.09 | $3,438.83 | |
| 03/09/2022 | 222 | $97.71 | $21,691.15 | 03/06/2024 | 222 | $43.87 | $9,738.25 | |
| 03/08/2022 | 300 | $91.70 | $27,509.49 | 03/06/2024 | 300 | $43.87 | $13,159.80 | |
| 03/07/2022 | 500 | $95.62 | $47,811.65 | 03/06/2024 | 500 | $43.87 | $21,933.00 | |
| 03/04/2022 | 200 | $96.24 | $19,247.56 | 03/06/2024 | 200 | $43.87 | $8,773.20 | |
| 03/03/2022 | 400 | $97.83 | $39,131.44 | 03/06/2024 | 400 | $43.87 | $17,546.40 | |
| 03/02/2022 | 600 | $96.21 | $57,728.88 | 03/06/2024 | 600 | $43.87 | $26,319.60 | |
| 03/01/2022 | 200 | $90.94 | $18,187.06 | 03/06/2024 | 200 | $43.87 | $8,773.20 | |
| 02/28/2022 | 300 | $88.46 | $26,538.00 | 03/06/2024 | 300 | $43.87 | $13,159.80 | |
| 02/28/2022 | 1,000 | $88.46 | $88,460.00 | 03/06/2024 | 1,000 | $43.87 | $43,866.00 | |
| 02/28/2022 | 400 | $88.34 | $35,336.28 | 03/06/2024 | 400 | $43.87 | $17,546.40 | |
| 02/28/2022 | 200 | $87.91 | $17,581.70 | 03/06/2024 | 200 | $43.87 | $8,773.20 | |
| | **7,409** | | **$613,875.84** | | **7,409** | | **$340,882.68** | **($272,993.16)** |
| **City of Pontiac Reestablished General Employees' Retirement System** | | | | | | | | |
| 12/15/2023 | 4 | $64.93 | $259.72 | 12/15/2023 | 4 | $65.11 | $260.46 | |
| 12/15/2023 | 9 | $64.93 | $584.37 | 12/15/2023 | 9 | $65.11 | $586.02 | |
| 12/04/2023 | 407 | $62.45 | $25,417.35 | 12/15/2023 | 407 | $65.11 | $26,501.32 | |
| 12/04/2023 | 1 | $62.45 | $62.45 | 01/04/2024 | 1 | $62.87 | $62.87 | |
| 12/04/2023 | 97 | $62.45 | $6,057.70 | 01/11/2024 | 97 | $58.47 | $5,671.76 | |
| 11/15/2023 | 21 | $61.58 | $1,293.11 | 11/29/2023 | 21 | $60.05 | $1,261.05 | |
| 11/15/2023 | 9 | $61.58 | $554.19 | 11/29/2023 | 9 | $60.05 | $540.45 | |
| 11/15/2023 | 570 | $61.58 | $35,098.83 | 01/11/2024 | 570 | $58.47 | $33,328.93 | |
| 10/16/2023 | 680 | $57.86 | $39,342.28 | 11/02/2023 | 680 | $51.65 | $35,123.70 | |
| 09/15/2023 | 27 | $66.52 | $1,796.03 | 09/15/2023 | 27 | $66.54 | $1,796.58 | |
| 09/15/2023 | 12 | $66.52 | $798.24 | 09/15/2023 | 12 | $66.54 | $798.48 | |
| 09/15/2023 | 521 | $66.52 | $34,656.76 | 10/11/2023 | 521 | $58.55 | $30,507.00 | |
| 09/11/2023 | 114 | $68.77 | $7,839.88 | 10/11/2023 | 114 | $58.55 | $6,675.24 | |
| 09/11/2023 | 111 | $68.77 | $7,633.57 | 11/02/2023 | 111 | $51.65 | $5,733.43 | |
| 08/28/2023 | 490 | $65.66 | $32,174.97 | 09/05/2023 | 490 | $64.60 | $31,654.54 | |
| 08/28/2023 | 545 | $65.66 | $35,786.44 | 11/02/2023 | 545 | $51.65 | $28,150.61 | |
| 07/10/2023 | 475 | $57.54 | $27,333.59 | 07/31/2023 | 475 | $57.15 | $27,145.82 | |
| 06/16/2023 | 19 | $58.34 | $1,108.46 | 11/02/2023 | 19 | $51.65 | $981.40 | |
| 06/16/2023 | 20 | $58.34 | $1,166.80 | 11/02/2023 | 20 | $51.65 | $1,033.05 | |
| 06/16/2023 | 18 | $58.34 | $1,050.12 | 01/11/2024 | 18 | $58.47 | $1,052.49 | |
| 06/16/2023 | 8 | $58.34 | $466.72 | 02/14/2024 | 8 | $58.24 | $465.92 | |
| 03/17/2023 | 3 | $64.66 | $193.98 | 03/29/2023 | 3 | $61.80 | $185.40 | |
| 03/17/2023 | 7 | $64.66 | $452.62 | 03/29/2023 | 7 | $61.80 | $432.61 | |
| 03/13/2023 | 645 | $59.11 | $38,125.82 | 03/29/2023 | 645 | $61.80 | $39,861.84 | |
| 03/10/2023 | 385 | $57.97 | $22,317.95 | 03/29/2023 | 385 | $61.80 | $23,793.50 | |
| 03/10/2023 | 210 | $57.97 | $12,173.43 | 04/03/2023 | 210 | $59.98 | $12,596.83 | |
| 03/10/2023 | 68 | $57.97 | $3,941.87 | 04/17/2023 | 68 | $65.38 | $4,445.84 | |
| 03/10/2023 | 37 | $57.97 | $2,144.84 | 05/03/2023 | 37 | $60.81 | $2,250.13 | |
| 02/15/2023 | 138 | $58.94 | $8,133.60 | 05/03/2023 | 138 | $60.81 | $8,392.36 | |

Movants' Purchases and Losses

Class Period: 03/10/2021 - 02/28/2024

Inari Medical

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 02/15/2023 | 627 | $58.94 | $36,954.82 | 05/04/2023 | 627 | $61.41 | $38,503.44 | |
| 12/16/2022 | 6 | $66.15 | $396.90 | 05/04/2023 | 6 | $61.41 | $368.45 | |
| 12/16/2022 | 17 | $66.15 | $1,124.55 | 05/04/2023 | 17 | $61.41 | $1,043.95 | |
| 10/31/2022 | 350 | $76.14 | $26,650.44 | 11/07/2022 | 350 | $68.51 | $23,976.79 | |
| 09/16/2022 | 76 | $69.60 | $5,289.60 | 10/11/2022 | 76 | $72.83 | $5,535.08 | |
| 09/16/2022 | 60 | $69.60 | $4,176.00 | 11/07/2022 | 60 | $68.51 | $4,110.31 | |
| 09/16/2022 | 220 | $69.60 | $15,312.00 | 11/07/2022 | 220 | $68.51 | $15,071.12 | |
| 09/16/2022 | 179 | $69.60 | $12,458.40 | 11/30/2022 | 179 | $72.54 | $12,984.09 | |
| 06/24/2022 | 100 | $71.01 | $7,100.96 | 11/30/2022 | 100 | $72.54 | $7,253.68 | |
| 06/23/2022 | 226 | $68.47 | $15,474.65 | 11/30/2022 | 226 | $72.54 | $16,393.32 | |
| 06/23/2022 | 67 | $68.47 | $4,587.62 | 12/13/2022 | 67 | $70.34 | $4,712.78 | |
| 06/23/2022 | 35 | $68.47 | $2,396.52 | 05/04/2023 | 35 | $61.41 | $2,149.32 | |
| 06/23/2022 | 67 | $68.47 | $4,587.62 | 06/08/2023 | 67 | $60.12 | $4,028.04 | |
| 06/23/2022 | 52 | $68.47 | $3,560.54 | 02/14/2024 | 52 | $58.24 | $3,028.48 | |
| 06/23/2022 | 238 | $68.47 | $16,296.31 | 03/28/2024 | 238 | $47.98 | $11,419.24 | |
| 06/17/2022 | 19 | $60.91 | $1,157.29 | 03/28/2024 | 19 | $47.98 | $911.62 | |
| 06/17/2022 | 57 | $60.91 | $3,471.87 | 03/28/2024 | 57 | $47.98 | $2,734.86 | |
| 05/02/2022 | 296 | $79.55 | $23,546.80 | 05/06/2022 | 296 | $66.35 | $19,639.98 | |
| 05/02/2022 | 129 | $79.55 | $10,261.95 | 05/06/2022 | 129 | $66.35 | $8,559.32 | |
| 05/02/2022 | 375 | $79.55 | $29,831.25 | 05/19/2022 | 375 | $59.47 | $22,302.98 | |
| 05/02/2022 | 363 | $79.55 | $28,876.65 | 06/15/2022 | 363 | $60.77 | $22,060.93 | |
| 04/11/2022 | 755 | $89.02 | $67,211.38 | 06/15/2022 | 755 | $60.77 | $45,884.29 | |
| 01/04/2022 | 685 | $94.25 | $64,563.78 | 02/01/2022 | 685 | $74.67 | $51,148.95 | |
| 11/04/2021 | 95 | $95.17 | $9,041.60 | 11/30/2021 | 95 | $83.34 | $7,917.55 | |
| 11/04/2021 | 20 | $95.17 | $1,903.49 | 02/01/2022 | 20 | $74.67 | $1,493.40 | |
| 11/04/2021 | 720 | $95.17 | $68,525.78 | 03/10/2022 | 720 | $81.77 | $58,872.53 | |
| 10/20/2021 | 40 | $90.20 | $3,608.13 | 03/10/2022 | 40 | $81.77 | $3,270.70 | |
| 10/20/2021 | 7 | $90.20 | $631.42 | 06/15/2022 | 7 | $60.77 | $425.42 | |
| 10/20/2021 | 733 | $90.20 | $66,118.95 | 03/28/2024 | 733 | $47.98 | $35,169.34 | |
| 10/20/2021 | 430 | $90.20 | $38,787.38 | 03/28/2024 | 430 | $47.98 | $20,631.40 | |
| 06/07/2021 | 440 | $89.45 | $39,359.45 | 07/26/2021 | 440 | $85.45 | $37,596.46 | |
| 03/10/2021 | 264 | $117.41 | $30,995.66 | 07/26/2021 | 264 | $85.45 | $22,557.88 | |
| 03/10/2021 | 751 | $117.41 | $88,173.26 | 08/17/2021 | 751 | $69.24 | $52,000.74 | |
| | **14,150** | | **$1,080,398.72** | | **14,150** | | **$895,046.03** | **($185,352.68)** |

**Movants' Total**      **41,265**    **$3,186,805.85**    **41,265**    **$2,309,314.24**    ***($877,491.62)***

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $42.98 as of May 28, 2024 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.