# EXHIBIT D

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civil Action No.: 1:24-cv-03686-JHR <br><br> **JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION** <br><br> **CLASS ACTION** |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL, <br><br> Defendants. | Civil Action No.: 24-4662 <br><br> **JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION** <br><br> **CLASS ACTION** |

Duane Michael, Learco Caprio, David Graham, and Sheldon Albritton declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      We respectfully submit this joint declaration in support of the motion of Oklahoma Law Enforcement Retirement System ("OLERS"),  Local 353, I.B.E.W. Pension Fund ("Local

353 PF") and City of Pontiac Reestablished General Employees' Retirement System ("PGERS") (collectively, the "Pension Funds") for appointment of the Pension Funds as lead plaintiff and the approval of the Pension Funds' selection of Grant & Eisenhofer P.A. ("G&E") and Robbins Geller Rudman & Dowd LLP ("RGRD") as lead counsel for the proposed Class (the "Motion"). With regard to the information in this joint declaration, each of us has personal knowledge relating to the entity with which we are respectively associated.

2.    I, Duane Michael, am the Executive Director of OLERS and am authorized to make this joint declaration on behalf of OLERS. OLERS is a defined benefit pension fund headquartered in Oklahoma City, Oklahoma, that administers retirement benefits on behalf of members of the law enforcement profession of the state of Oklahoma and their families. As reflected in a separate certification, OLERS purchased a significant amount of Inari Medical, Inc. ("Inari") common stock during both class periods alleged in the above-captioned actions and suffered substantial losses, which we allege are the result of violations of the federal securities laws. OLERS has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. OLERS has, moreover, previously served as lead plaintiff as part of a small group and thus has experience coordinating with another institution to fulfill those fiduciary responsibilities.

3.    We, Learco Caprio and David Graham, are Trustees of Local 353 PF and are authorized to make this declaration on behalf of Local 353 PF. Local 353 PF is a multi-employer, defined-benefit pension plan located in Ontario, Canada. Local 353 PF manages more than CAD $2 billion in assets on behalf of over 10,000 active members, retirees, and beneficiaries who are members of the International Brotherhood of Electrical Workers working in a variety of electrical disciplines across central Ontario. As reflected in a separate certification, Local 353 PF purchased

2

a significant amount of Inari common stock during both class periods alleged in the above-captioned actions and suffered substantial losses, which we allege are the result of violations of the federal securities laws. Local 353 PF has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. Local 353 PF has served as lead plaintiff as part of a small group and thus has experience coordinating with another institution to fulfill those fiduciary responsibilities.

4.      I, Sheldon Albritton, am the Chairman of the City of Pontiac Reestablished General Employees' Retirement System and am authorized to make this declaration on behalf of PGERS. PGERS is a public retirement plan that provides retirement benefits to employees of the City of Pontiac, Michigan (and their beneficiaries). As reflected in a separate certification, PGERS purchased a significant amount of Inari common stock during both class periods alleged in the above-captioned actions and suffered substantial losses, which we allege are the result of violations of the federal securities laws. PGERS has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. PGERS has served as lead plaintiff as part of a small group and thus has experience coordinating with another institution to fulfill those fiduciary responsibilities.

5.      We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action. We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class. We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed Class. We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and our principal goal in seeking appointment as lead

3

plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and effectively prosecuted to achieve the best possible recovery for the Class.

6. In exploring their potential leadership of this action, the Pension Funds expressed an interest to their respective counsel in collaborating with other sophisticated institutional investors in seeking joint Lead Plaintiff appointment. OLERS, Local 353 PF and PGERS each determined that they could maximize the Class's recovery by combining their experience and jointly seeking appointment as Lead Plaintiff. After reviewing the allegations pleaded in the complaints and consulting with their counsel, the Pension Funds each independently determined to seek joint appointment as Lead Plaintiff, and subsequently approved the filing of a joint motion seeking their appointment as Lead Plaintiff.

7. Our decision to seek appointment as lead plaintiff together was informed by our comprehensive and complementary purchasing patterns in both alleged class periods which would enable us to provide broad representation to the Class (including as a result of OLERS' standing to bring claims under the Securities Act of 1933 stemming from Inari's March 2022 offering of common stock), our comparable six-figure losses, and our positive experiences serving as representative parties in securities and shareholder litigation as part of small groups. As our funds are sophisticated institutional investors that incurred substantial losses as a result of the securities law violations at issue in this litigation, and together can provide broad representation to the proposed Class, we determined that our joint appointment would advance the interests of the proposed Class.

8. Before filing our lead plaintiff motion, we conferred about our leadership and oversight of this litigation. We considered, among other things, the status of the investigation initiated by OLERS' counsel before the filing of the initial complaint in this action, the lead

4

plaintiff process, and the Pension Funds' strategy to jointly prosecute this case in order to maximize the recovery for the Class. Likewise, we received each other's contact information and will coordinate with each other to exercise joint decision-making on matters pertaining to this litigation as appropriate. In light of our shared interest in recovering from the defendants in this litigation, our shared perspective as sophisticated institutional investors and managers of pension funds, and – if appointed – our shared fiduciary responsibilities to the proposed Class, we anticipate arriving at joint decisions consensually.

9.     We understand that, as lead plaintiff, it is our responsibility to select counsel for the Class. We have selected G&E and RGRD as Lead Counsel because of the Firms' securities litigation experience and their history successfully prosecuting securities class actions as Lead Counsel including having recently recovered $47 million on behalf of injured investors in *Deka Investment GMBH v. Santander Consumer USA Holdings Inc.*, 3:15-cv-02129-K (N.D. Tex.). We have directed the Firms to prosecute this case in the most efficient manner possible and without any duplication of services.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements relating to Oklahoma Law Enforcement Retirement System are true and correct.

Executed this 11th day of July, 2024.

_____

Oklahoma Law Enforcement Retirement System
By: Duane Michael, Executive Director

Docusign Envelope ID: EAE73AB0-B58E-4DE4-9FB4-1D1B3135293D

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing statements relating to Local 353 PF are true and correct.

Executed this ¹¹ th day of July, 2024.

Local 353, I.B.E.W. Pension Fund
By: Learco Caprio, Trustee

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing statements relating to Local 353 PF are true and correct.

Executed this ¹¹ th day of July, 2024.

Local 353, I.B.E.W. Pension Fund
By: David Graham, Trustee

7

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements relating to City of Pontiac Reestablished General Employees' Retirement System are true and correct.

Executed this ⟶12⟵ th day of July, 2024.

City of Pontiac Reestablished General Employees' Retirement System
By: Sheldon Albritton, Chairman

8