**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff<br><br>       v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>       Defendant | Civil Action No. 1:24-cv-03686<br><br>The Honorable Jennifer H. Rearden<br><br><u>CLASS ACTION</u> |
| PAUL HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCH C. HILL,<br><br>       Defendants. | Civil Action No.: 24-4662<br><br>The Honorable Jennifer H. Rearden<br><br><u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF THE PENSION FUNDS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD <u>PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, CAITLIN M. MOYNA, under penalty of perjury and on oath, duly declare and state as follows:

1.    I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for movants Oklahoma Law Enforcement Retirement System ("OLERS"), Local 353, I.B.E.W. Pension Fund ("Local 353 PF"), and City of Pontiac Reestablished General Employees' Retirement System ("PGERS") (collectively, the "Pension Funds") in the above-captioned related securities class actions.  I submit this declaration in support of the Pension Funds' Motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order: (i) consolidating the above-captioned related actions; (ii) appointing the Pension Funds as Lead Plaintiff; and (iii) approving the Pension Funds' selection of Grant & Eisenhofer P.A. and Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class (the "Motion").

2.    On July 12, 2024, my colleague, Daniel L. Berger, filed a Declaration in support of the Motion (the "Berger Declaration").  Exhibit A to the Berger Declaration contains the certifications of OLERS, Local 353 PF, and PGERS.  On Friday, July 26, 2024, in connection with reviewing Movant Paul Hartmann's Memorandum of Law in Further Support of His Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, and in Opposition to Competing Motions, ECF No. 23, which was filed that same day, I first learned that in the course of filing the Berger Declaration, Schedule A to OLERS's Certification had been inadvertently omitted from the Certification.  Schedule A lists each of OLERS's transactions in the securities that are the subject of the above-captioned actions.  Attached to this declaration is Exhibit A, OLERS's Certification, with its Schedule A attached.

3.    Schedule A was attached to the original OLERS's Certification that was signed by

Duane Michael on July 1, 2024.

4.      The purchases listed on Schedule A are identical to the purchases listed in OLERS's

loss chart, which was filed as Exhibit B to the Berger Declaration.

5.      The Berger Declaration is, in all other respects, complete and accurate.

Signed and dated this 29th day of July, 2024.


By: */s/ Caitlin M. Moyna*
Caitlin M. Moyna

2

**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Duane Michael, on behalf of Oklahoma Law Enforcement Retirement System ("OLERS"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I am the Executive Director of OLERS.  I am familiar with matters set forth herein, and am duly authorized to make this certification on behalf of OLERS.

2.      I have reviewed the securities class action complaint filed against Inari Medical, Inc., *et al.*, and authorized the filing of a motion for appointment as lead plaintiff on OLERS' behalf.

3.      OLERS did not purchase or acquire Inari Medical, Inc. common stock at the direction of counsel or in order to participate in any private action.

4.      OLERS  is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this Certification is a list of OLERS' transactions during the period of March 10, 2021 through February 28, 2024 (inclusive) in the Inari common stock that are the subject of the above-captioned action.  OLERS did not make any transactions during this period in Inari common stock except for the transactions listed in Schedule A.

6.      During the three-year period preceding the date of this certification, OLERS has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws of the United States in the following cases:

      a.      *In re AdapthHealth Corp. Securities Litigation*, No. 23-cv-4104 (E.D. Pa.)

      b.      *Martin v. BioXcel Therapeutics Inc., et al.*, No. 23-cv-00915 (D. Conn.)

      c.      *Police & Fire Retirement System City of Detroit et al. v. Argo Group Int'l Holdings Ltd., et al.*, No. 22-cv-08971 (S.D.N.Y.)

1

        d.      *Firemen's Retirement System of St. Louis v. Telos Corp.*, No. 22-cv-00135 (E.D. Va.)

        e.      *Lee v. Goldman Sachs Group Inc., et al.*, No. 22-cv-00169 (S.D.N.Y.)

7.      OLERS will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 1st day of July, 2024.

Oklahoma Law Enforcement Retirement System

By: _____

Duane Michael, Executive Director

2

**Inari Medical, Inc.**
**Oklahoma Law Enforcement Retirement System**

**Cusip:**         45332Y109
**Ticker:**        NARI
**Class Period:**  March 10, 2021 through February 28, 2024

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| **Trade Date** | **Quantity** | **Price** | | **Trade Date** | **Quantity** | **Price** |
| 02/28/22 | 1,300 | $88.46 | | 02/15/23 | 391 | $59.13 |
| 02/28/22 | 200 | $87.91 | | 07/20/23 | 273 | $56.23 |
| 02/28/22 | 400 | $88.34 | | 02/27/24 | 423 | $58.27 |
| 03/01/22 | 200 | $90.94 | | | | |
| 03/02/22 | 600 | $96.22 | | | | |
| 03/03/22 | 400 | $97.83 | | | | |
| 03/04/22 | 200 | $96.24 | | | | |
| 03/07/22 | 500 | $95.62 | | | | |
| 03/08/22 | 300 | $91.70 | | | | |
| 03/09/22 | 300 | $97.71 | | | | |
| 03/11/22 | 603 | $81.00 | | | | |
| 03/17/22 | 258 | $84.48 | | | | |
| 06/24/22 | 250 | $71.14 | | | | |
| 12/20/22 | 371 | $67.33 | | | | |
| 12/21/22 | 255 | $68.32 | | | | |
| 03/14/23 | 661 | $63.00 | | | | |
| 03/31/23 | 283 | $62.89 | | | | |
| 11/02/23 | 328 | $51.12 | | | | |