**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HARTMAN,

                         Plaintiff,                    **ORDER**

          -against-                          **24-CV-4662 (JHR) (JW)**

INARI MEDICAL, INC. et al,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The initial case conference, currently scheduled for January 6, 2025, is ADJOURNED SINE DIE for the Court to resolve pending motions on the instant case and related case <u>Michiana Area Electrical Workers' Pension Fund v. Inari Medical, Inc., et al.</u>, No. 1:24-cv-03686.

      SO ORDERED.

DATED:    New York, New York
               December 23, 2024

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge