UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKER'S PENSION FUND, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>INARI MEDICAL, INC., et al,<br><br>Defendants. | **ORDER**<br><br>24-CV-3686 (JHR) (JW) |
| PAUL HARTMANN, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>INARI MEDICAL, INC., et al,<br><br>Defendants. | 24-CV-4662 (JHR) (JW) |

**JENNIFER E. WILLIS, United States Magistrate Judge:**

With Paul Hartmann's request, the Court orders oral argument on **March 19, 2025 at 2:30 PM** in Courtroom 228, 40 Foley Square, New York, New York, 10007.

Defendants are directed to file whether they will be attending the oral argument no later than **noon of March 18, 2025**.

SO ORDERED.

DATED:   New York, New York

2

March 17, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge