UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/6/2025

------------------------------------------------------------------ X
                                                          :
MICHIANA AREA ELECTRICAL WORKERS'                         :
PENSION FUND,                                             :
                                                          :        1:24-cv-3686-GHW
                                           Plaintiff,     :
                                                          :        ORDER
                                                          :
              -v-                                         :
                                                          :
INARI MEDICAL INC., *et al.*,                             :
                                                          :
                                          Defendants.     :
                                                          X
--------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On August 5, 2025, the parties filed a letter motion seeking clarification on whether they should abide by the scheduling order at Dkt. No. 54, or whether the Court will first hold a pre-motion conference on Defendants' anticipated motion to dismiss.

The Court is inclined to hold a pre-motion conference in this matter and will issue a revised briefing schedule following that conference. The parties are relieved of their obligations to abide by the scheduling order at Dkt. No. 54. Plaintiff is advised that, pursuant to Rule 2(E)(i) of the Court's Individual Rules, it may, but need not, submit a letter in response to Defendants' letter motion, Dkt. No. 63.

Accordingly, counsel for all parties are ordered to participate in a pre-motion conference with the Court on August 13, 2025 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.

Dated: August 6, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

2