UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2025

-------------------------------------------------------------X
:
MICHIANA AREA ELECTRICAL WORKERS'    :
PENSION FUND,                        :
:                        1:24-cv-3686-GHW
                    Plaintiff,    :
:                            ORDER
-v-                  :
:
INARI MEDICAL INC., *et al.*,         :
:
                    Defendants.  :
:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephone conference held on August 13, 2025,

Defendants' motion to dismiss is due by September 4, 2025; any opposition is due six weeks after

the date of service of Defendants' motion; and Defendants' reply, if any, is due three weeks after the

date of service of any opposition.

SO ORDERED.

Dated:  August 13, 2025
New York, New York                    _____
                                          GREGORY H. WOODS
                                        United States District Judge