**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCHELL C. HILL, <br><br> Defendants. | No. 1:24-cv-03686-GHW-JW <br><br> (Consolidated with <br> No. 1:24-cv-04662-GHW-JW) |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants Inari Medical, Inc., William Hoffman, Andrew Hykes, and Mitch C. Hill's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint hereby move this Court, before the Honorable Gregory H. Woods, United States District Judge, and the Honorable Jennifer E. Willis, United States Magistrate Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiffs' Consolidated Class Action Complaint (ECF 55), in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, and granting such other and further relief as the Court deems just and proper.

1

Dated: September 4, 2025

Lisa Bugni (admitted *pro hac vice*)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Tel: (415) 318-1200
LBugni@kslaw.com

*Of counsel*:

Matthew V.H. Noller
Emily Yonan

*/s/ Craig Carpenito*
Craig Carpenito
Christopher E. Duffy
Alvina Pillai
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
CCarpenito@kslaw.com
CDuffy@kslaw.com
APillai@kslaw.com