**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>INARI MEDICAL, INC., WILLIAM HOFFMAN, ANDREW HYKES, and MITCHELL C. HILL,<br><br>    Defendants. | No. 1:24-cv-03686-GHW-JW<br><br>(Consolidated with<br>No. 1:24-cv-04662-GHW-JW) |

**DECLARATION OF CRAIG CARPENITO IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Craig Carpenito, declare as follows:

1. I am a partner with the law firm King & Spalding LLP, and am counsel for Inari Medical, Inc. ("Inari"), William Hoffman, Andrew Hykes, and Mitch C. Hill (collectively, "Defendants"). I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint (the "Complaint").

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Inari's 2022 Form 10-K filed with the SEC on February 27, 2023. This document is referenced in paragraphs 30, 33, 49, 67, 69, 70, 72, 73, and 75 of the Complaint and is publicly available from the SEC's EDGAR database.[1]

---

[1] https://www.sec.gov/Archives/edgar/data/1531048/000095017023004675/nari-20221231.htm (last visited Sept. 4, 2025).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Inari's 2020 Form 10-K filed with the SEC on March 9, 2021. This document is referenced in paragraphs 35, 49, 67, 69, 70, 72, 73, and 75 of the Complaint and is publicly available from the SEC's EDGAR database.[2]

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Inari's 2021 Form 10-K filed with the SEC on February 23, 2022. This document is referenced in paragraphs 30, 33, 49, 67, 69, 70, 72, 73, 75, 95, and 144 of the Complaint and is publicly available from the SEC's EDGAR database.[3]

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Inari's Second Quarter 2022 Financial Results filed with the SEC as an exhibit to Inari's Form 8-K on August 3, 2022. This document is referenced in paragraphs 117-20 of the Complaint and is publicly available from the SEC's EDGAR database.[4]

6.      Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of Inari's 2023 Form 10-K filed with the SEC on February 29, 2024. This document is referenced in paragraphs 30, 69, 130, 170, 173, and 187 of the Complaint and is publicly available from the SEC's EDGAR database.[5]

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the AdvaMed Code of Ethics: On Interactions with U.S. Health Care Professionals (Revised and Restated June 1, 2023).

---

[2] https://www.sec.gov/Archives/edgar/data/1531048/000156459021011763/nari-10k_20201231.htm (last visited Sept. 4, 2025).

[3] https://www.sec.gov/Archives/edgar/data/1531048/000095017022001783/nari-20211231.htm (last visited Sept. 4, 2025).

[4] https://www.sec.gov/Archives/edgar/data/1531048/000095017022014240/nari-ex99_1.htm (last visited Sept. 4, 2025).

[5] https://www.sec.gov/Archives/edgar/data/1531048/000153104824000024/nari-20231231.htm (last visited Sept. 4, 2025).

This document is referenced in paragraphs 52 and 141-42 of the Complaint and is publicly available from the AdvaMed website.[6]

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the August 9, 2024 Deutsche Bank Research Analyst Report of Inari Medical, Inc. This document is referenced in paragraphs 8, 9, 58, 68, 71, 74, 77, 79, 83, 85, 89, 92, 94, 97, 100, 102, 106, 108, 110, 114, 116, 120, 122, 125, 128, 134, and 135 of the Complaint.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of the October 31, 2023 Share Purchase Agreement by and among LimFlow S.A.; the Sellers; Shareholder Representative Services LLC, solely in its capacity as the Seller Representative; Inari Medical, Inc., solely for the purposes of Section 13.16; and Lombardi Sub, LLC filed with the SEC as an exhibit to Inari's Form 8-K on November 2, 2023. This document is referenced in paragraphs 78-79 of the Complaint and is publicly available from the SEC's EDGAR database.[7]

10.     Attached hereto as **Exhibit 9** is a true and correct copy of William Hoffman's Forms 4 filed with the SEC on December 7, 2020, February 9, 2022, March 14, 2023, March 20, 2024, and January 8, 2025. These documents are referenced in paragraphs 154, 154 n.6, 155, 160, 161(a), 162, and 163 of the Complaint. These documents are publicly available from the SEC's EDGAR database.[8]

---

[6] https://www.advamed.org/wp-content/uploads/2023/06/2023-AdvaMed-Code-of-Ethics.pdf (last visited Sept. 4, 2025).

[7] https://www.sec.gov/Archives/edgar/data/1531048/000119312523268698/d561000dex21.htm (last visited Sept. 4, 2025).

[8] https://www.sec.gov/Archives/edgar/data/1304099/000156218020007098/xslF345X03/primarydocument.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1304099/000156218022001313/xslF345X03/primarydocument.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1304099/000112760223010149/xslF345X03/form4.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1304099/000112760224010800/xslF345X05/form4.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1304099/000112760225001038/xslF345X05/form4.xml (last visited Sept. 4, 2025).

11.     Attached hereto as **Exhibit 10** is a true and correct copy of Andrew Hykes' Forms 4 filed with the SEC on May 20, 2021, March 2, 2022, February 22, 2023, and November 22, 2024. These documents are referenced in paragraphs 156, 156 n.7, 157, 160, 161(b), 162, and 163 of the Complaint. These documents are publicly available from the SEC's EDGAR database.[9]

12.     Attached hereto as **Exhibit 11** is a true and correct copy of Mitch C. Hill's Forms 4 filed with the SEC on July 12, 2021, February 17, 2022, March 14, 2023, and March 14, 2024. These documents are referenced in paragraphs 158, 158 n.8, 159, 160, 161(c), 162, and 163 of the Complaint. These documents are publicly available from the SEC's EDGAR database.[10]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 4, 2025.

*/s/ Craig Carpenito*
Craig Carpenito

---

[9] https://www.sec.gov/Archives/edgar/data/1806431/000156218021003674/xslF345X03/primarydocument.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1806431/000156218022002138/xslF345X03/primarydocument.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1806431/000112760223006508/xslF345X03/form4.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1806431/000112760224027912/xslF345X05/form4.xml (last visited Sept. 4, 2025).
[10] https://www.sec.gov/Archives/edgar/data/1644989/000156218021004903/xslF345X03/primarydocument.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1644989/000156218022001597/xslF345X03/primarydocument.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1644989/000112760223010145/xslF345X03/form4.xml (last visited Sept. 4, 2025); https://www.sec.gov/Archives/edgar/data/1644989/000112760224010133/xslF345X05/form4.xml (last visited Sept. 4, 2025).