# EXHIBIT 7

**Deutsche Bank**
Research

| Rating | Company | Date |
|---|---|---|
| **Buy** | **Inari Medical** | 9 August 2024 |

North America
United States

Health Care
Hospital Supplies & Medical
Devices

| | Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|---|
| | NARI.OQ | NARI US | NSM | NARI |

**Initiation of Coverage**

| Price at 8 Aug 2024 (USD) | 48.72 |
|---|---|
| Price target | 68.00 |
| 52-week range | 71.67 - 37.11 |

# Triever Fever - Initiate at Buy

Valuation & Risks

Pito Chickering
Research Analyst
+1-917-635-9954

Imron Zafar
Research Analyst
+1-212-250-3676

Kieran Ryan
Research Associate
+1-212-250-6879

Ben Shaver
Research Associate
+1-212-250-9926

### Portfolio Manager Summary

Inari Medical is market leader in mechanical thrombectomy (MT) to address dangerous blood clots in patients with venous thromboembolisms (VTE), which include deep vein thrombosis (DVT) and pulmonary embolism (PE). Based on several drivers, we expect MT technology penetration to move steadily higher over the next several years, yielding robust mid-to-high teens US VTE market volume and revenue growth through 2030. Inari is well-positioned for sustained VTE market leadership, which, together with an untapped international opportunity and a pipeline of devices targeting several new and meaningfully TAM-expansive vessel beds, underpins our modeled +19% total revenue CAGR through 2027. As such, we regard Inari as one of the more compelling SMID cap growth stories across medtech over the next few years. We initiate coverage with a Buy rating and $68 PT.

**Core VTE addressable market substantial and highly underpenetrated**. VTE is the third leading cause of cardiovascular deaths behind only heart attack and stroke – yet only ~20% of the ~500k annual addressable US incident patient population undergo an endovascular intervention, with a vast majority still conservatively managed with anticoagulation. Looking ahead, several factors should drive MT penetration significantly higher over the next several years:

- **Innovation:** Continued technology advances are enabling treatment of more patients more effectively by more clinicians with Inari's FlowTriever (PE) and ClotTriever (DVT) platforms and emerging competitor devices like Penumbra's Lightning Flash CAVT.

- **Clinical evidence generation:** while large published registry studies for Inari's FlowTriever and ClotTriever have yielded compelling outcomes for MT in VTE clots, there remains a paucity of randomized trial data which has limited technology adoption. However, several robust prospective RCTs are now ongoing in both PE and DVT, from which outcomes are expected over the next 2-3 years including studies evaluating MT vs the current standard of care of standalone anticoagulation which we believe will help effect guideline changes and ultimately upgrade MT to first-line therapy option for these patients. RCT data will be critical to establishing reimbursement in OUS markets where lack of coverage remains a significant gating factor to technology adoption.

- **Salesforce expansion:** Following significant sales rep hires over the past several quarters – Inari's US salesforce headcount has increased ~five-fold

Deutsche Bank Securities Inc.

IMPORTANT RESEARCH DISCLOSURES AND ANALYST CERTIFICATIONS LOCATED IN APPENDIX 1. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. MCI (P) 041/10/2023.

Distributed on: 09/08/2024 10:03:10 GMT



since 2021 – Inari now has the largest dedicated VTE salesforce, and this slew of new rep hires is now starting to bear fruit: average rep productivity increases 2.5x over first 18 months. Additional hires will continue in coming quarters, albeit at a moderating pace, particularly with ongoing/impending new product launches into new VTE adjacencies within Emerging Therapies, including InThrill, RevCore, Artix relaunch, and recently completed LimFlow acquisition.

■ **Going deeper: "VTE Excellence":** Inari's customer base has almost tripled vs early 2020 but now likely plateauing – hence, growth contribution from new centers will be modest going forward with growth coming predominantly from deeper MT technology penetration at established accounts. While, unlike early days of MI and stroke intervention, VTE patients are already in the hospital, there is simply no systematic process in place for identifying, screening, and triaging them – and hence vast majority don't even get referred to the right specialist (interventionalist), instead being conservatively managed with AC and sent home. "VTE Excellence" is the centerpiece of Inari's going deeper strategy, a three-phased program that is proving to be successful with MT penetration approaching 50% at the most advanced customer sites. The goal is to ultimately get full administrative buy-in, with both Inari and Penumbra increasingly engaging with IDN-level administrators. We recently learned that HCA, the largest US hospital system, recently hired a national director for PE therapies – which we believe confirms provider interest in endovascular treatments like MT.

**Intensifying VTE competition**, **but market growth far more important than market share.** With estimated US dollar share of ~66%, Inari remains clear VTE MT market leader but has lost several points of share since 2022 to Penumbra following its launch of Lightning Flash CAVT early last year. Going forward, we expect continued share erosion for Inari – nearer term, due mainly to further gains for Lightning Flash; and longer term from inroads for competitor launches. Still, we nonetheless model a very healthy +17% revenue CAGR for Inari's US VTE franchise through 2030 (versus +19% total market growth), underscoring our view that bears' hyperfocus on competition misses the forest for the trees regarding Inari's growth prospects.

<u>**Our US VTE endovascular intervention Excel market model is available upon request.**</u>

**Physician survey/due diligence calls highly supportive of bullish MT market outlook**. We surveyed 20 high-volume US clinicians to help inform prevailing trends and guide our market/company models for endovascular interventions across VTE. As detailed herein, survey data points to sustained MT market growth momentum in 2024 and durable mid-teens volume CAGR over the next five years in both PE and DVT – in line with our modeled market growth and driven by MT penetration continuing to move steadily higher in the years ahead.

Regarding market shares, clinicians foresee steady continued Inari share erosion – for BOTH FlowTriever in PE and ClotTriever in DVT – mainly from further share gains for Penumbra's Lightning Flash CAVT. Our models likewise contemplate continued share capture by Penumbra along with other expected competitor launches by ImperativeCare and others – but still project Inari's US VTE franchise sustaining strong double-digit revenue growth through 2030.



**Emerging therapies: new products targeting non-VTE clots could yield meaningful TAM expansion.** While the core VTE segment will remain Inari's – and investors' – top focus over the next few years, the company has boosted investments (both organic and inorganic) to expand its Emerging Therapies portfolio of catheters to address clots in other vessel beds. With a steady flow of new product launches over the next couple years – including RevCore/VenaCore for CVD; Artix (relaunch) for ALI; InThrill for AVF; and the recently acquired LimFlow for CLTI – Emerging Therapies should become increasingly growth contributory in the outer years.

**International opportunity substantial and virtually untapped.** Inari's pursuit of OUS markets still very early days with international representing only ~6% of company sales currently; management expects OUS to ultimately represent >20% of revenues several years hence though our model projects international mix remaining <10% over forecast period reflecting (1) focus/investments remaining primarily on the substantial and still underpenetrated US opportunity for VTE; and (2) limited reimbursement in OUS markets, which we believe will remain the case pending outcomes from ongoing RCTs and ensuing guideline changes that will be critical to getting payors on board – all of which will take at least a few years. As such, while the OUS opportunity is clearly substantial (including the still untapped China and Japan markets), US VTE market inroads will remain the key growth driver for some time.

**DOJ investigation among the notable risks.** Inari disclosed in February receipt of a civil investigative demand (CID) relating to a Department of Justice investigation into the company's payments to healthcare providers. Such subpoenas relating to selling practices aren't uncommon in medtech, and if past is prologue, other predicate investigations lend comfort around the Inari investigation ultimately proving to be manageable with no material impact on the business – we nonetheless highlight this as a risk/overhang that investors should be cognizant of.

- **We have talked to multiple sales reps to form a view around the ongoing DOJ investigation.** The commentary provided in the majority of our conversations ranged from benign to positive, though we note that one ex-sales rep was especially critical of NARI's practices. We acknowledge that sometimes former employees can have a strong negative bias toward their old company, hence, we view this experience as a single datapoint. Below is a summary of some of the critical comments:
    - A significant portion of NARI's organic growth is driven by sales reps being pressured to upsell unnecessary tech upgrades to hospitals, which gets baked into the PPP sales model
    - Sales reps are encouraged to create a quid pro quo with referring physicians by spending $1,000s on meals, gift cards, and offering hefty fees for speaking engagements
    - Inari solutions group (ISG): will pay NP, PAs, and physicians directly and teach them how to mine hospital data to drive referrals within the hospital system
    - NARI's "bigger is better" marketing has resulted sales reps being pressured to push the 24F catheter even in cases where it can be dangerous, which has resulted in unnecessary deaths.

US VTE market growth has shown quarter-to-quarter volatility over the past few quarters and does appear to have slowed somewhat in 2Q with Inari guiding to sequentially flat volumes in 3Q. Both Inari and Penumbra believe the 2Q

9 August 2024
Hospital Supplies & Medical Devices
Inari Medical



deceleration was based on typical factors like seasonality rather than any fundamental slowdown with both highly confident of a reacceleration in 4Q based on multiple factors such as new products, market development investments increasingly bearing fruit, and clinical trial results (PEERLESS I). Our clinician survey work and due diligence calls lend us confidence in this outlook, though we acknowledge the concerns investors around longer-term growth for this market born out of the 2Q slowdown.

**So if the bull case is so clear, despite the DoJ overhang, why hasn't the stock worked?** Inari and Penumbra have been involved in a public spat over the past few years, which has added to confusion for investors. The focus of both companies have been on market shares, while our bullish outlook is based on the market growth and not market share. Because market growth is durable and market share typically changes, we believe investors have been too focused on market share due to the public battle each company has engaged in with investors regarding shares. We haven't seen this type of public battle before, as usually this occurs with sales force pushing their views to the docs, versus CEOs pushing their views to investors. After feedback to both management teams, we are cautiously optimistic that they have learned their lesson, but this remains a key risk to the stock.

Simplistically, we believe that NARI and PEN should be in every doctor's toolkit as they both have strengths and weaknesses and because every clot and patient are different, the doctor's should use the right tool for the job.

We believe investors need to focus on the market and less on the market shares. When MDT's Corevalve launched against EW in 2014, investors were hyper focused on those market shares. But looking at the forest for the trees, the TAVR market has grown around 1,400% and if investors focused too much on market share and not the market growth, they would have missed one of the greatest growth stories in medtech.

Boston Scientific acquired Devoro Medical in late 2021 as a way to enter the mechanical thrombectomy market, highlighting how attractive this market is. During the 2Q:24 earnings call, BSX announced its decision to discontinue work on the Wolf thrombectomy platform, yet talking to BSX they still view the space as an excellent one. We believe this shows how larger medtech companies have struggled to break into the space – and increases the odds that a strategic looks favorably to the two pure-plays PEN and NARI.

**Net-net.** We couldn't be more bullish on the VTE space and highlight a recent call where we learned that HCA recently hired a National Director for PE services to institutionalize mechanical thrombectomy across their hospitals. We acknowledge concerns on the overall market coming out of 2Q and the implied ramp from 3Q into 4Q ramp for both NARI and PEN, and believe that is a near-term overhang that investors need to underwrite. However, if 4Q is achieved then investors will have more confidence in 2025 revenue estimates and with NARI trading at 3.8x 2025 revenues for a high teens growth company is way to cheap and provides a good entry price. With that said, for investors who are cautious and want to get more conviction before entering the position, waiting until 3Q results to see how they tracked and if the company reiterates 4Q guidance could offer lower risk, but with potentially less upside.

9 August 2024
Hospital Supplies & Medical Devices
Inari Medical



**Valuation & risks: establishing a $68 PT.** NARI shares currently trade at 3.8x forward revenues, representing a substantial 27% discount to the 5.6x peer group average and 35% versus NARI's 2yr average multiple of 6.1x. Despite NARI's premium revenue CAGR at the top end of the peer group, we believe the NARI multiple discount is reflective of a combination of factors, including concerns around (1) durability of VTE market growth; (2) competition; and (3) DOJ investigation.

Given our bullish VTE market outlook, confidence around NARI's sustained leadership therein, and view that the DOJ investigation is manageable, we expect the multiple to recover to more in line with the peer group provided the company returns to a beat-and-raise story in the back half as we foresee. Still, in consideration of the aforementioned factors, our 5.0x target multiple is a 10% discount to the peer group average.

Risks include slower-than-expected VTE market growth, greater-than-expected VTE share loss (competition), disappointing outcomes from key ongoing RCTs (PEERLESS I/II, DEFIANCE, etc.) pipeline delays and poor uptake of new products within Emerging Therapies, failure to achieve operating profitability targets, poor inroads internationally, and greater-than-anticipated fallout from the DOJ investigation.

# Market Models
## Venous thromboembolism



# DB US VTE market model
## US endovascular intervention volumes: MT & CDT





|  | Procedure CAGR | |
|---|---|---|
|  | 2022-26 | 2026-30 |
| **Mechanical Thrombectomy** | **21%** | **16%** |
| Catheter-Directed Thrombolysis | 2% | -8% |
| **Total endovascular inteventions** | **14%** | **11%** |



- We model LDD procedure growth for all endovascular interventions – MT + CDT – over the next several years

- **We project considerably faster mid-to-high teens MT volume growth**, reflecting continued shift from CDT to non-lytic interventions coupled with higher intervention rates more broadly

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

# DB US VTE market model
## US endovascular intervention case mix by modality: MT vs CDT





- We estimate mechanical thrombectomy now accounts for roughly 2/3 of US endovascular interventions for VTE clots vs a ~50/50 split vs CDT in 2021.

- Market model contemplates continued displacement of CDT as a key MT growth driver over next few years, reflecting expectations for positive results from Inari's PEERLESS I RCT later this year (most likely at TCT) – though robustness of data could yield faster than expected CDT-to-MT conversion over 2025-27 timeframe.

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

Deutsche Bank
Research

# DB US VTE market model
## US endovascular intervention TAM penetration: MT & CDT vs anticoagulation





- At this point, our VTE market model reflects mechanical thrombectomy TAM penetration increasing fairly linearly over forecast period, driven by both MT share gains vs CDT coupled with steady rise in % of patients undergoing endovascular intervention vs conservative anticoagulation management.  Inari believes a majority of its growth is coming from the AC population (i.e., higher intervention rates).

- However, several important VTE randomized trials evaluating mechanical thrombectomy vs current SOC of anticoagulation medical management are ongoing – most notably Inari's PEERLESS II (PE) & DEFIANCE (DVT); Penumbra's STORM-PE (PE) – which, provided positive results, should ultimately support guideline changes and upgraded usage of MT as a first-line therapy, thereby leading to considerably faster growth for Inari's VTE franchise and MT market broadly in the outer years.

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

# DB US VTE market model
## US mechanical thrombectomy catheter revenues and growth



US VTE mechanical thrombectomy revenues (MM)

| | Revenue CAGR | |
|---|---|---|
| | 2022-26 | 2026-30 |
| **Inari Medical** | **18%** | **16%** |
| Penumbra | 40% | 19% |
| Other | 21% | 29% |
| **US total** | **23%** | **18%** |

- Competitor inroads in both PE and DVT, most notably Penumbra's launch of Lightning Flash CAVT (CAT 16) catheter, has yielded below market growth for Inari's market-leading core US VTE franchise over past couple years.

- Going forward, our market/company models assume continued share capture by Penumbra's CAVT along with other expected competitor launches by ImperativeCare and others – but still project Inari's US VTE franchise sustaining high-teens revenue growth through 2030.

- **We project a total US VTE mechanical thrombectomy market north of $2B by 2030**

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

# DB US VTE market model
## US mechanical thrombectomy catheter revenues





- Penumbra's Lightning Flash has yielded significant share capture from Inari since early 2023 launch and based on physician survey data we assume a couple points of additional gains in 2024-25 followed by Penumbra share stabilizing at ~30% thereafter.

- Still, our outer year forecasts assume continued modest share erosion for Inari on the order of a point per year reflecting expected competitor launches.

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

Deutsche Bank
Research

11

# DB US VTE market model
## US endovascular intervention (MT + CDT) PROCEDURE build

| | 2020 | 2021 | 2022 | 2023 | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | CAGRs '20-'23 | '23-'30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mechanical Thrombectomy (MT) - procedures | | | | | | | | | | | | | |
| Penumbra - indigo | 6,106 | 9,992 | 10,272 | 19,130 | 23,787 | 29,672 | 36,462 | 43,539 | 50,434 | 58,503 | 66,492 | 46% | 19% |
| Inari Medical - flowtriever/clottriever | 13,967 | 26,134 | 35,548 | 42,581 | 49,259 | 56,651 | 64,925 | 74,519 | 85,412 | 98,135 | 110,463 | 45% | 15% |
| Other | 11,549 | 11,970 | 9,060 | 9,140 | 11,157 | 13,415 | 16,231 | 21,491 | 26,844 | 32,082 | 37,536 | -8% | 22% |
| MT total procedures | 31,623 | 48,095 | 54,880 | 70,850 | 84,203 | 99,738 | 117,619 | 139,549 | 162,690 | 188,720 | 214,490 | 31% | 17% |
| % yr/yr | | 52% | 14% | 29% | 19% | 18% | 18% | 19% | 17% | 16% | 14% | | |
| Catheter-directed thrombolysis (CDT) - procedures | | | | | | | | | | | | | |
| Medtronic - cragg-mcnamara | 19,518 | 16,338 | 15,624 | | | | | | | | | | |
| AngioDynamics - unifuse | 11,110 | 9,305 | 9,590 | | | | | | | | | | |
| Boston Scientific - Ekosonic (ultrasound CDT) | 18,020 | 16,690 | 14,980 | | | | | | | | | | |
| CDT - total procedures | 48,648 | 42,333 | 40,194 | 39,436 | 41,523 | 42,332 | 42,921 | 41,057 | 38,686 | 33,801 | 30,283 | -7% | -4% |
| % yr/yr | | -13% | -5% | -2% | 5% | 2% | 1% | -4% | -6% | -13% | -10% | | |
| Total endovascular interventions (MT + CDT) | 80,271 | 90,428 | 95,074 | 110,286 | 125,726 | 142,070 | 160,539 | 180,607 | 201,376 | 222,521 | 244,773 | 11% | 12% |
| % yr/yr | | 13% | 5% | 16.0% | 14.0% | 13.0% | 13.0% | 12.5% | 11.5% | 10.5% | 10.0% | | |
| VTE incident TAM | 498,753 | 513,715 | 529,127 | 545,001 | 561,351 | 578,191 | 595,537 | 613,403 | 631,805 | 650,759 | 670,282 | | |
| % yr/yr | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | | |
| MT penetration | 6.3% | 9.4% | 10.4% | 13.0% | 15.0% | 17.3% | 19.8% | 22.8% | 25.8% | 29.0% | 32.0% | | |
| CDT penetration | 9.8% | 8.2% | 7.6% | 7.2% | 7.4% | 7.3% | 7.2% | 6.7% | 6.1% | 5.2% | 4.5% | | |
| TOTAL endovascular interventions TAM penetration | 16.1% | 17.6% | 18.0% | 20.2% | 22.4% | 24.6% | 27.0% | 29.4% | 31.9% | 34.2% | 36.5% | | |
| VTE - unit mix of endovascular interventions | | | | | | | | | | | | | |
| Penumbra - Indigo | 7.6% | 11.0% | 10.8% | 17.3% | 18.9% | 20.9% | 22.7% | 24.1% | 25.0% | 26.3% | 27.2% | | |
| Inari - FT + CT | 17.4% | 28.9% | 37.4% | 38.6% | 39.2% | 39.9% | 40.4% | 41.3% | 42.4% | 44.1% | 45.1% | | |
| MT - other | 14.4% | 13.2% | 9.5% | 8.3% | 8.9% | 9.4% | 10.1% | 11.9% | 13.3% | 14.4% | 15.3% | | |
| MT total | 39.4% | 53.2% | 57.7% | 64.2% | 67.0% | 70.2% | 73.3% | 77.3% | 80.8% | 84.8% | 87.6% | | |
| CDT total | 60.6% | 46.8% | 42.3% | 35.8% | 33.0% | 29.8% | 26.7% | 22.7% | 19.2% | 15.2% | 12.4% | | |
| MT catheter UNIT shares | | | | | | | | | | | | | |
| Penumbra | 19.3% | 20.8% | 18.7% | 27.0% | 28.3% | 29.8% | 31.0% | 31.2% | 31.0% | 31.0% | 31.0% | | |
| Inari Medical | 44.2% | 54.3% | 64.8% | 60.1% | 58.5% | 56.8% | 55.2% | 53.4% | 52.5% | 52.0% | 51.5% | | |
| Other (all) | 36.5% | 24.9% | 16.5% | 12.9% | 13.3% | 13.5% | 13.8% | 15.4% | 16.5% | 17.0% | 17.5% | | |

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

Deutsche Bank
Research

# DB US VTE market model
## US MT REVENUE build



| | 2020 | 2021 | 2022 | 2023 | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | CAGRs '20-'23 | CAGRs '23-'30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MT VTE revenues by manufacturer (millions) | | | | | | | | | | | | | |
| Penumbra | $50.1 | $83.9 | $89.9 | $174.1 | $218.6 | $275.4 | $341.9 | $416.4 | $492.0 | $582.1 | $674.8 | 51% | 21% |
| % yr/yr growth | | 68% | 7% | 94% | 26% | 26% | 24% | 22% | 18% | 18% | 16% | | |
| Inari Medical | $139.7 | $274.4 | $373.3 | $453.5 | $529.8 | $621.6 | $726.6 | $850.6 | $994.5 | $1,165.4 | $1,338.1 | 48% | 17% |
| % yr/yr growth | | 96% | 36% | 21% | 17% | 17% | 17% | 17% | 17% | 17% | 15% | | |
| Boston Scientific | $27.2 | $26.2 | $19.2 | | | | | | | | | | |
| AngioDynamics | $21.4 | $28.8 | $23.7 | | | | | | | | | | |
| Other | $48.6 | $55.0 | $42.9 | $44.6 | $57.2 | $72.2 | $91.7 | $127.5 | $167.2 | $209.8 | $257.8 | -3% | 28% |
| % yr/yr growth | | 13% | -22% | 4% | 28% | 26% | 27% | 39% | 31% | 25% | 23% | | |
| TOTAL market | $238.4 | $413.3 | $506.1 | $672.2 | $805.6 | $969.2 | $1,160.1 | $1,394.5 | $1,653.6 | $1,957.3 | $2,270.6 | 41% | 19% |
| % yr/yr growth | | 73% | 22% | 33% | 20% | 20% | 20% | 20% | 19% | 18% | 16% | | |
| DOLLAR shares | | | | | | | | | | | | | |
| Penumbra | 21.0% | 20.3% | 17.8% | 25.9% | 27.1% | 28.4% | 29.5% | 29.9% | 29.8% | 29.7% | 29.7% | | |
| Inari Medical | 58.6% | 66.4% | 73.8% | 67.5% | 65.8% | 64.1% | 62.6% | 61.0% | 60.1% | 59.5% | 58.9% | | |
| Other (all) | 20.4% | 13.3% | 8.5% | 6.6% | 7.1% | 7.4% | 7.9% | 9.1% | 10.1% | 10.7% | 11.4% | | |

*Source: National Hospital Discharge Survey, CDC MMWR 61(22): 401-404; Martin et al., Circulation, 2024, 149(8); Smith et al., Chest, 2016, 150(1): 35-45; CDC.gov; company filings; Global Healthcare Exchange; Deutsche Bank estimates*

Deutsche Bank
Research

# Doc Survey
## Lets listen to the experts



# Mechanical thrombectomy physician survey
## Respondent profile (n=20)





## Average MT cases per month

|  | Mean | Median |
|---|---|---|
| PE | 7.4 | 6.0 |
| DVT | 9.5 | 8.0 |
| Arterial | 7.9 | 5.5 |
| **Total** | **24.7** | **19.5** |

## Cumulative MT catheter experience

|  | Mean | Median |
|---|---|---|
| Penumbra Lightning Flash | 31.0 | 20.0 |
| Inari FlowTriever | 48.4 | 30.0 |
| Inari ClotTriever | 40.5 | 20.5 |

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## Volume and growth trends – **VTE TOTAL (PE + DVT)**





### VTE volume growth outlook

| 2024 | 21% |
|---|---|
| **2024-28 CAGR** | **16%** |

- Clinicians project 2024 total VTE procedure growth of +21%, reflecting modest acceleration versus 2023 – consistent with our projected +19%.

- Longer term, docs project a +16% CAGR through 2028 – in line with our modeled growth for the US market through 2030.

- Notably, inclusion in our survey was limited to docs who have already adopted MT to treat patients presenting with VTE - though we foresee more clinicians who are not current users to come aboard as technology improves and RCT results (and resultant ensuing guideline changes) become available in the years ahead.  Hence, the survey data exclusively from established users potentially understates total market growth outlook.

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## Volume and growth trends – Pulmonary Embolism





PE volume growth outlook

| 2024 | 20% |
|---|---|
| **2024-28 CAGR** | **17%** |

- Mechanical thrombectomy for PE are projected to grow +20% in 2024, implying meaningful acceleration vs +15% in 2023.

- Clinicians forecast +17% PE volume CAGR through 2028, on average, thus pointing to the sustainability of solid growth in the years ahead – particularly as results from multiple key ongoing RCTs (discussed later) are reported.

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## Treatment patterns – case mix by modality: PULMONARY EMBOLISM





- On average, survey respondents currently utilize MT for 45% of patients presenting with PE – up from 30% two years ago. Notably, this is substantially higher than MT penetration for the overall US market which we estimate to be more in the 15% range, which reflects selection bias of our survey which targeted high-volume MT users.

- As such, we would look at directional trends within this dataset.  And in that context, the survey data are quite bullish in terms of portending technology penetration continuing to move steadily higher over the next couple years – just as is assumed in our market model.

- Notably, the CDT-to-MT shift is coming almost exclusively from conventional CDT catheters (Uni-Fuse & Cragg McNamara) while volume share for Ekosonic ultrasound-assisted CDT has remained and expected to remain flattish – which bodes well for Boston's Ekos franchise

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## MT catheter share trends: PULMONARY EMBOLISM





- Amongst survey respondents, Inari's FlowTriever currently holds 38% MT catheter share in the PE segment – down significantly versus 46% two years ago thanks to swift adoption of Penumbra's Lightning Flash. Surprisingly, uptake of Lightning Flash has been completely accretive to Penumbra's share rather than cannibalistic of CAT 8/12.

- Going forward, clinicians surveyed expect this trend to continue with CAVT projected to yield an additional six points of share capture for Penumbra – at Inari's expense – over the next two years within the PE segment

*Source: Deutsche Bank physician survey*

Deutsche Bank
Research

19

# Mechanical thrombectomy physician survey
## MT catheter share trends: PULMONARY EMBOLISM



*Question: please explain basis for any material share shifts: <u>current vs 2 yrs ago</u>*

| | |
|---|---|
| Clinician 1 | shifts to Lightning and from Inari |
| Clinician 2 | Penumbra Lightning Flash increased the Penumbra shares |
| Clinician 3 | no major shift |
| Clinician 4 | trend towards AI and mechanical aspiration |
| Clinician 5 | improved options |
| Clinician 6 | little change |
| Clinician 7 | Blood loss and catheter size are much greater with Inari and hence we have moved towards penumbra |
| Clinician 8 | I used more FlowTriever in the past b/c it was better at removing thrombus without much blood loss. |
| Clinician 9 | More data |
| Clinician 10 | Bigger catheters by Penumbra |
| Clinician 11 | no major shifts but I prefer angiojet |
| Clinician 12 | More familiarity with penumbra |
| Clinician 13 | I believe there has been a trend towards PE thrombectomy away from AC or CDT. |
| Clinician 14 | No shift |
| Clinician 15 | the penumbra catheter is smaller, lower risk for vascular access issues, and easier to manipulate |
| Clinician 16 | Covid |
| Clinician 17 | availability insurance |
| Clinician 18 | EFFICACYSAFETY |
| Clinician 19 | none |
| Clinician 20 | procedure time decrease with penumbra flash |

*Source: Deutsche Bank physician survey*

Deutsche Bank
Research

# Mechanical thrombectomy physician survey
## MT catheter share trends: PULMONARY EMBOLISM



*Question: please explain basis for any material share shifts: 2yrs hence vs current*

| | |
|---|---|
| Clinician 1 | no expected changes |
| Clinician 2 | 70% Penumbra30% Inari |
| Clinician 3 | no major shift |
| Clinician 4 | trend towards AI and mechanical aspiration |
| Clinician 5 | more outreach efforts |
| Clinician 6 | pert protocol in place |
| Clinician 7 | Blood loss and catheter size are much greater with Inari and hence we have moved towards penumbra |
| Clinician 8 | Now I use more Punumbra b/c the new SMART systems and Lightning Flash/Bolt products are better than the CAT system such that thrombectomy is done efficiently with minimal blood loss. |
| Clinician 9 | Depends on new data |
| Clinician 10 | Bigger catheters by Penumbra |
| Clinician 11 | no major shift anticipated |
| Clinician 12 | Not applicable |
| Clinician 13 | I suspect there will be more aspiration devices. |
| Clinician 14 | Probably more cases |
| Clinician 15 | more use of penumbra compared to inari because penumbra is smaller and therefore safe from a vascular access standpoint |
| Clinician 16 | Based on the current demand |
| Clinician 17 | costPERT teams in hospitals |
| Clinician 18 | DEPENDS ON INARI DATA ON DVT |
| Clinician 19 | more cost effective therapy |
| Clinician 20 | continued preference for penumbra flash |

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## MT catheter share trends: PERT team





- 60% of survey respondents' institution has a PERT team in place, which is considerably higher relative to the overall US addressable customer market – which explains the significantly higher penetration of MT (and endovascular therapies more broadly) within our cohort.

- As such, as more hospitals establish PERT teams (which is a major area of focus for both Inari and Penumbra), this should help drive higher technology adoption.  Case in point: we recently learned that HCA, the largest US hospital system, recently hired a national director of PE therapies – which we believe sets the stage for more hospitals establishing a PERT team over the next few years.

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## Volume and growth trends – DEEP VEIN THROMBOSIS





DVT volume growth outlook

| 2024 | 22% |
|---|---|
| **2024-28 CAGR** | **15%** |

- Clinicians anticipate +22% MT volume growth for patients presenting with DVT – consistent with the strong case growth seen in 2023.

- Longer term, survey data points to mid-teens MT procedure CAGR in the DVT segment through 2028, which is supportive of our modeled growth

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## Treatment patterns – case mix by modality: DEEP VEIN THROMBOSIS





- Among our survey cohort, MT penetration has increased substantially over the past two years from 24% to 33%, and docs expect technology adoption to continue trending higher over the next couple years.

- This growth is coming from a combination of both endovascular case mix shift (CDT to MT) as well as a higher percentage of patients heretofore conservatively managed with anticoagulation undergoing an intervention.  We believe positive outcomes from the ongoing DEFIANCE RCT could meaningfully accelerate the latter trend in the outer years.

- Just as for PE, MT growth contribution from CDT conversion in DVT segment is likewise being driven exclusively from conventional CDT catheters with Ekosonic ultrasound-assisted CDT case mix having remained unchanged over the past couple years and expected to remain as such going forward.

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## MT catheter share trends: DEEP VEIN THROMBOSIS





- Among survey respondents, Inari's ClotTriever has ceded about four points of unit share over the past two years to Lightning Flash, which has yielded about 10 points of net share capture for Penumbra over this timeframe

- Looking ahead, while the data suggest Penumbra's catheter share in DVT is now plateauing across our survey cohort, docs project additional albeit modest additional share loss for ClotTriever over the next two years – which is also contemplated in our model

*Source: Deutsche Bank physician survey*

Deutsche Bank
Research

# Mechanical thrombectomy physician survey
## MT catheter share trends: DEEP VEIN THROMBOSIS



*Question: please explain basis for any material share shifts: <u>current vs 2 yrs ago</u>*

| | |
|---|---|
| Clinician 1 | shift from Inari to lightning by small number |
| Clinician 2 | Will use more of Lightning Flash |
| Clinician 3 | no shift |
| Clinician 4 | trend towards AI and mechanical aspiration |
| Clinician 5 | Improved options |
| Clinician 6 | no change |
| Clinician 7 | We have moved away from lytics towards mechanical thrombectomy |
| Clinician 8 | I preferred ClotTriever for large burden DVT removal using this system. |
| Clinician 9 | Opinion |
| Clinician 10 | Bigger catheters by Penumbra |
| Clinician 11 | angiojet is teh best |
| Clinician 12 | Not much data which is best |
| Clinician 13 | We still feel that Angiojet is a good option, CDT is still used. |
| Clinician 14 | No change |
| Clinician 15 | I just started using penumbra last year and I am not sure whether i will end up using inari or penumbra more |
| Clinician 16 | Covid |
| Clinician 17 | ease of use |
| Clinician 18 | EFFICACYSAFETY |
| Clinician 19 | hospital contracts |
| Clinician 20 | no shifts |

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## MT catheter share trends: DEEP VEIN THROMBOSIS



*Question: please explain basis for any material share shifts: <u>2yrs hence vs current</u>*

| | |
|---|---|
| Clinician 1 | no expected shift in 2 years |
| Clinician 2 | More Lightning Flash |
| Clinician 3 | no shift |
| Clinician 4 | trend towards AI and mechanical aspiration |
| Clinician 5 | Less TPA use |
| Clinician 6 | no change |
| Clinician 7 | Blood loss and catheter size are much greater with Inari and hence we have moved towards penumbra |
| Clinician 8 | I am impressed with the new Penumbra Lightning Flash/Bolt system to removal chronic thrombus. |
| Clinician 9 | Not sure |
| Clinician 10 | Bigger catheters by Penumbra |
| Clinician 11 | no major shifts |
| Clinician 12 | N/a |
| Clinician 13 | I suspect there will be new devices available in the next two years that will change patterns. |
| Clinician 14 | No change |
| Clinician 15 | I just started using penumbra last year and I am not sure whether i will end up using inari or penumbra more |
| Clinician 16 | Demand based |
| Clinician 17 | cost |
| Clinician 18 | DATA |
| Clinician 19 | hospital contract |
| Clinician 20 | no shifts foreseen |

*Source: Deutsche Bank physician survey*

# Mechanical thrombectomy physician survey
## MT catheter share trends: DEEP VEIN THROMBOSIS





- We've heard anecdotal reports of adverse events with ClotTriever due to its meaningfully larger profile relative to other MT catheters from a couple of our physician due diligence calls and thus explored this topic in our survey.

- While about one-third of docs surveyed have experienced similar safety issues with ClotTriever, a relatively small (20%) have curtailed usage as a result – which indicates that the issue is a determinative factor to device selection but appears manageable.

*Source: Deutsche Bank physician survey*

Deutsche Bank
Research

28

# Expert Checks
## Don't trust us, listen to the experts



- **Dr. Greg Fontana**, national director of cardiovascular services at HCA:

  - Dr. Fontana believes mechanical thrombectomy in PE will be a significant growth opportunity over the next several years within his system as current endovascular intervention protocols involving lytics and anticoagulation have many drawbacks.

  - Dr. Fontana attributes the low intervention rates to hospitals not having the correct programs in place that will help patients be referred to the right specialist. As a result, **HCA recently hired a National Director for PE services, the first step toward the institutionalization of endovascular PE programs across HCA in the coming years.**

*Source: Expert Checks*

# Expert Checks
## Don't trust us, listen to the experts



- **Dr. Sahil Parikh**, Director of Endovascular Services at Columbia Presbyterian:

    - Dr. Parikh sees modest y/y MT procedure growth in his system, which is likely due to increased competition as other NYC hospitals establish PERT programs.

    - Believes 150 MT interventions across his system should double in the next three years, which would imply a ~25% 3y CAGR. Additionally, he believes the market could triple over the next five years assuming positive clinical trial readouts.

    - Within the intervention bucket, case mix is about 25-30% CDT (mostly BSX Ekos) and the remaining 70-75% roughly evenly split between PEN and NARI.

    - In terms of catheter selection, most determinative factor continues to be clot itself: NARI is his go to device for larger clots given the larger catheter size; PEN generally has the best product for intermediate sized and peripheral clots; for smaller distal clots along with patients with prior/recurrent PE, Ekos/CDT remains the modality of choice in most cases. Individual physician preference also plays a significant role in product selection.

    - **All told, going forward he foresees PEN and NARI shares remaining stable. Hence, growth should be driven by market growth, primarily higher MT penetration, rather than share gains.**

*Source: Expert Checks*

# DOJ investigation and sales force commentary
## A risk to monitor, but looks manageable



- DOJ Investigation
    - NARI announced that it had received a civil investigative demand from the US DOJ relating to meals and consulting service payments to healthcare professionals on 2/28/2024 alongside 4Q23 earnings. The stock declined 21% the next day and a combined -30% over the next four trading days and continued to struggle as investors grappled with both the DOJ and end market demand concerns.
    - We discuss several calls we have had with ex-sales reps and flag there could be an issue, but don't believe it as bad as investors fear
    - Net-net, we believe the DOJ dynamic will be a modest headwind to the multiple until investors get some incremental clarity or resolution. We continue to monitor it as a risk, but based on our checks and predicates, we don't expect a material impact on the business at this time.

# DOJ investigation and sales force commentary
## A risk to monitor, but looks manageable



- Sales Force Commentary
    - We have talked to multiple sales reps to form a view around the ongoing DOJ investigation. The commentary provided in the majority of our conversations ranged from benign to positive, though we note that one ex-sales rep was especially critical of NARI's practices. We acknowledge that sometimes former employees can have a strong negative bias toward their old company, hence, we view this experience as a single datapoint. Below is a summary of some of the critical comments:
        - A significant portion of NARI's organic growth is driven by sales reps being pressured to upsell unnecessary tech upgrades to hospitals, which gets baked into the PPP.
        - Sales reps are encouraged to create a quid pro quo with referring physicians by spending $1,000s on meals, gift cards, and offering hefty fees for speaking engagements.
        - Inari solutions group (ISG): will pay NP, PAs, and physicians directly and teach them how to mine hospital data to drive referrals within the hospital system.
        - NARI's "bigger is better" marketing has resulted sales reps being pressured to push the 24 French catheter even in cases where it can be dangerous, which has resulted in unnecessary deaths.

# Inari
## Deep dive



# Inari's growth strategy
## 5 key long-term drivers



1. US salesforce expansion

2. Going deeper: "VTE Excellence"

3. Clinical evidence generation

4. Innovation: higher penetration in VTE and forays into new, TAM-expansive patient categories

5. International expansion

# Inari's growth strategy
## US salesforce expansion (i)



- US salesforce headcount has increased ~five-fold over past three years

- Inari has largest VTE-dedicated salesforce

- Slew of sales force hires over past several quarters now clearly starting to bear fruit: average rep productivity increases 2.5x over first 18 months

- Additional hires will continue throughout 2024, albeit at a moderating pace, particularly with ongoing/impending new product launches into new VTE adjacencies within Emerging Therapies segment like InThrill, RevCore, and upcoming re-launch of Artix

- Customer accounts have almost tripled vs early 2020 to ~1700 centers and thus now likely plateauing – hence, growth contribution from new centers will be modest going forward with deeper penetration of established customer base driving the growth

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## US salesforce expansion (ii)



- Continued splitting of territories (~325 territories presently vs 75 four years ago): 4-5 accounts per rep has been halved over past couple years

- High-touch sales model: reps present in vast majority (80-90%) of Inari procedures – but based on what we've seen historically in other emerging medtech markets, we expect this to trend lower going forward and thus represent a meaningful source of SG&A leverage

- Inari also continuing to make non-rep commercial team hires to drive higher technology utilization, e.g., health economics and marketing access personnel to provide billing/coding/clinical support

- Recent LimFlow acquisition will require additional hires focused on CLTI segment, as Inari plans to keep this salesforce separate from core VTE team despite same physician call point

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Going deeper at established accounts: "VTE Excellence" (i)



## VTE undertreated largely due to lack of systematic process of identifying, screening, and triaging VTE patients in hospitals

- Unlike early days of MI and stroke, where part of challenge was patient education around symptoms and getting them to hospital, VTE patients are already in hospital

- BUT no standardized system in place to get these already admitted VTE patients seen by the right specialist (interventionalist) and hence most are conservatively managed with AC and sent home – in contrast to MI, where vast majority (90%+) now get intervention (either PCI or CABG)

- Three out of four patients with diagnosed intermediate-/high-risk PE aren't even referred to interventionalist

- Over one-third of admitted patients with VTE diagnosis are lost to follow-up within 90d post-discharge

- Both STEMI heart attacks and VTE are acute thrombotic diseases with significant mortality penalty for non-treatment – in fact, VTE is much more lethal: intermediate-risk PE associated with 15% 30d mortality or 5x higher than MI.

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## Going deeper at established accounts: "VTE Excellence" (ii)



- Hence, we believe huge disparity in intervention rates underscores substantial market opportunity over next several years as emerging VTE thrombectomy technologies like NARI's FlowTriever and ClotTriever and PEN's Indigo catheters drive penetration rates higher – especially as body of clinical evidence builds

- We've also seen a similar evolution in ischemic stroke (also an acute thrombotic disease), where the treatment paradigm has moved from medical management (anticoagulation) to systemic thrombolytics and now increasingly to endovascular interventions broadly and mechanical thrombectomy specifically.  While intervention rates for ischemic stroke (which we estimate to be in the 33% range) remain considerably below STEMI, current VTE penetration of just ~15% stands substantially below even stroke.

- Looking ahead, our VTE market model assumes 2028 MT penetration of just 30% - which, if past is prologue, could prove conservative when looking at MI and AIS as predicate markets – especially if see positive data from ongoing/future RCTs including Inari's PEERLESS I/II in PE and DEFIANCE for DVT over 2-3 years

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Going deeper at established accounts: "VTE Excellence" (iii)



"VTE Excellence" program – centerpiece of Inari's market development initiative that comprises three phases

- ENGAGE – get Inari's "foot in the door" of hospital by raising awareness of Inari's technologies, working through VAC approvals at new centers, identifying clinician champions at each site

- EMPOWER – create patient pathways for VTE patients already admitted and diagnosed, physician education efforts across the treatment pathway (from ED doc to interventionalist), assist hospital with coding and reimbursement to optimize economic value proposition of mechanical thrombectomy

- EXCEL– implementation of standardized patient algorithms, putting VTE coordinator in place, and get full administrative buy-in

  - Greater focus on engagement with IDN level administrators (Penumbra also increasingly pursuing this strategy)

  - penetration at centers in "Excel" phase have 3-4x higher penetration vs "Engage" sites, with TAM penetration approaching 50% at the most advanced "Excel" sites.  As such, as more "Engage" sites advance to "Empower" and "Excel" phases, technology utilization should continue to move higher

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## Going deeper at established accounts: "VTE Excellence" (iv)



- As noted, with US site penetration now plateauing, execution of VTE Excellence strategy and going deeper at established accounts will be the key growth driver going forward

- A recent call with the head of cardiology for HCA told us that HCA has hired a National Director for PE services to help drive utilization, hence we believe we are still in the early stages of the growth





| | Engage | | Empower | | Excel | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Current | 2yrs ago | Current | 2yrs ago | Current | 2yrs ago | Current | 2yrs ago |
| # of accounts | 1400 | 1250 | 250 | 120 | 50 | 20 | 1700 | 1390 |
| Avg TAM penetration | 5% | 5% | 15% | 16% | 20% | 22% | | |

*Source: Company filings; Deutsche Bank estimates*

# Significant clinical trial activity
## Outcomes from ongoing RCTs will be a critical LT growth driver

# Inari's growth strategy
## Clinical evidence generation (i)



Largest-ever prospective MT registry studies for VTE sponsored by Inari demonstrated compelling outcomes for FlowTriever and ClotTriever

- **FLASH:** 1000-patient registry data (TCT 2022) showed favorable outcomes for intermediate-/high-risk PE patients undergoing single-session FlowTriever intervention in real-world setting:

  - Largest ever prospective PE intervention study

  - 0.8% all-cause mortality at 30d vs 10% in PERT registry;

  - 6.2% all-cause readmission (1.4% PE treatment-related) at 30d vs 24.4% in PERT database

  - Immediate "on-table" improvement in hemodynamics, acute vitals, and normalization of RV strain – with continued clinical recovery through 6mo

*Source: C. Toma, TCT 2022 presentation; Toma et al., Eurointervention, 2023, 18(14); clinialtrials.gov; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation (ii)



- **<u>FLAME</u>:** 115-patient study (ACC 2023) showed favorable outcomes for high-risk PE undergoing FlowTriever intervention vs context arm of patients undergoing other contemporary treatments (IV thrombolytics, CDT, standalone AC, or surgical thrombectomy)

  - Largest ever prospective high-risk PE intervention study

  - 90% reduction in mortality vs comparator arm: 1.9% vs 29.5%

  - Trial halted early based on robustness of outcomes for FlowTriever intervention

  - While study population was high-risk PE, clinicians have noted that the robust FLAME outcomes have compelled increased FlowTriever usage in ~5x larger intermediate-risk population

*Source: Silver et al., Circulation: Cardiovascular Interventions, 2023, 16(10); J. Giri, Fellows 2023 presentation; clinialtrials.gov; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation (iii)



- **<u>CLOUT</u>:** 500-patient registry data (VEINS 2023) of proximal lower-extremity DVT patients provided strong validation of safety and effectiveness of ClotTriever intervention:

  - >90% rate of complete/near-complete thrombus removal

  - Low blood loss (40mL median)

  - 91% freedom from moderate-/severe post-thrombotic syndrome at 1yr – with recently published 2yr follow-up data for 206 pts showing a similarly low rate of significant PTS

*Source: Bisharat et al., JSCAI, 2024, 3(3); D. Dexter, VEINS 2023 presentation; Deutsche Bank estimates*

Deutsche Bank
Research

44

# Inari's growth strategy
## Clinical evidence generation (iv)



Three Inari-sponsored RCTs ongoing, with positive outcomes over next 2-3 years potentially driving guideline changes and significant steepening of adoption curve.

- **PEERLESS I**: 550 hemodynamically stable patients with intermediate-high risk PE randomized to large-bore MT FlowTriever or CDT, in addition to registry cohort of up to 150 patients not randomizable due to thrombolytics contraindication:

    - First-ever RCT comparing two interventional therapies to treat patients with stable PE

    - Primary endpoint: composite Win Ratio at discharge (all-cause mortality, intracranial hemorrhage, major bleeding, clinical deterioration/bailout, ICU admission/ICU length-of-stay)

    - **Primary outcomes forthcoming in 2H24 (likely at TCT in October) – which represents a key near-term stock catalyst for NARI as we believe positive data could significantly accelerate technology adoption over next few years in terms of accelerated case mix shift of PE endovascular interventions from CDT to MT**

    - **We estimate that CDT accounts for roughly one-third of endovascular PE interventions, with MT growth over past few years having continued to come largely from CDT conversion – and positive outcomes from PEERLESS one could significantly accelerate this shift over next couple years, potentially antiquating lytic-based interventions**

*Source: Gonsalves et al., American Heart Journal, 2023, 266: 128-137; clinialtrials.gov; D. Dexter, VEINS 2023 presentation; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation (v)



- **<u>PEERLESS II</u>**: 1200 patients with intermediate-risk acute PE randomized to large bore MT with FlowTriever vs standalone anticoagulation therapy:

  - Primary endpoint: composite Win Ratio at 30d (all-cause mortality, clinical deterioration, all-cause rehospitalization, bailout therapy, dyspnea at 48hr followup)

  - Vast majority (~75-80%) of PE/VTE patients still medically-managed with anticoagulation – but this population not being studied in PEERLESS I

  - Hence, **<u>we believe favorable data from PEERLESS II could have a much more profound impact on FlowTriever and MT technology adoption broadly in the outer years of our model given potential for moving MT as a first-line option for this population</u>**

  - Patient enrollment ongoing, w**ith primary outcomes expected around late 2026 timeframe**

*Source: Giri et al., JSCAI, 2024 (3); clinialtrials.gov; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation (vi)



- <u>DEFIANCE</u>: 300 patients with iliofemoral DVT randomized to MT with ClotTriever vs standalone anticoagulation:

  - Prior interventional RCTs have examined thrombolytic-based therapies that are associated with well-known notable limitations/drawbacks; **DEFIANCE is first RCT evaluating non-lytic thrombectomy vs medical management with anticoagulation (current SOC)**.

  - Primary endpoint: composite Win Ratio (occurrence of treatment failure or escalation of therapy; assessment of PTS severity at 6m follow-up)

  - Like PE, vast majority of DVT patients are currently treated medically (anticoagulation) – hence **positive outcomes could effect guideline changes and ultimately have a profound impact on MT technology adoption  for DVT clots over next several years**

  - Patient enrollment ongoing, with **primary outcomes expected around late 2025 timeframe**

*Source: clinialtrials.gov; Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation – notable <u>non-Inari sponsored</u> trials (i)



We would also highlight some notable recent/ongoing non-Inari sponsored studies of endovascular interventions with either MT or CDT for PE patients that could have implications for Inari:

- **<u>REAL-PE</u>**: Boston-sponsored study evaluating safety profile of EKOS (ultrasound-augmented CDT) versus Inari's FlowTriever in PE patients:

  - Results presented last fall at TCT 2023 demonstrated **<u>lower AEs, including significantly lower major bleeding events, with EKOS versus FlowTriever</u>** – which generated a good amount of buzz among clinicians at TCT, given that a higher bleeding rate seen with the non-lytic approach (FlowTriever) was counterintuitive and not observed in prior studies. Not surprisingly, Boston EKOS sales reps have been aggressively "marketing" the data.

  - However, Inari has not observed any meaningful impact on FlowTriever usage post trial results

  - Consistent with this, **<u>our doc due diligence that likewise indicates no material changes to practice patterns</u>**, particularly given the inherent limitations of this EMR-based retrospective study.

*Source: P. Monteleone, TCT 2023 presentation; Monteleone et al., JSCAI, 2024, 3(1); clinialtrials.gov; Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation – notable <u>non-Inari sponsored</u> trials (ii)



- <u>HI-PEITHO</u>: Boston-sponsored RCT (n=406) in collaboration with National PERT Consortium evaluating outcomes for EKOS intervention + anticoagulation vs anticoagulation alone (the current SOC treatment) in acute, intermediate-high risk PE patients:

  - Trial will inform whether PE patients treated with ultrasound-augmented CDT (EKOS) plus anticoagulants exhibit significant reduction in composite endpoint of PE-related death, cardiorespiratory decompensation/collapse, or nonlethal symptomatic recurrence of PE relative to SOC control arm (patients treated with anticoagulation alone)

  - **Primary outcomes expected around late 2025 timeframe**

  - <u>**We believe positive results would result in higher portion of PE patients undergoing endovascular intervention (CDT) vs medical management – though we do not foresee a meaningful direct impact on FlowTriever/MT adoption curve**</u>

*Source: Klok et al., American Heart Journal, 2022, 251: 43-53; clinialtrials.gov; Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## Clinical evidence generation – notable <u>non-Inari sponsored</u> trials (ii)



- <u>PE-TRACT</u>: NIH-sponsored RCT (n=500) comparing endovascular intervention with either mechanical thrombectomy or CDT plus anticoagulation versus SOC (anticoagulation alone) in patients with submassive PE:

  - Key distinctions between PE-TRACT and other aforementioned RCTs: PE-TRACT is independent, investigator-initiated trial (and thus will be more impactful on potential guideline changes from medical societies); PE-TRACT will inform key questions around outcomes for patients undergoing endovascular treatment over longer-term horizon post-intervention (1yr) vs the other RCTs only informing acute outcomes over first few days post-therapy

  - Patient enrollment ongoing, with **primary outcomes still a few years away: 1H27 per latest clinicaltrials.gov timeline; however, our clinician checks indicate enrollment is ramping faster than expected and hence readout could come considerably sooner**

  - <u>**Trial not powered to show relative performance of different modalities (MT vs CDT) in intervention arm, but positive results should propel higher endovascular intervention rates broadly for PE patients**</u>

*Source: Sista et al., Journal of Vascular and Interventional Radiology, 2023, 34(10): 1658-1653; clinialtrials.gov; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation – notable <u>non-Inari sponsored</u> trials (ii)

- <u>STORM-PE</u>: Penumbra-sponsored RCT (n=100) in partnership with PERT Consortium comparing outcomes for intermediate-high risk acute PE undergoing CAVT aspiration thrombectomy plus anticoagulation versus SOC (anticoagulation alone) control:

  - Primary endpoint: change in RV/LV ratio at 48hrs post-intervention – i.e., whether CAVT plus anticoagulation facilitates restoration of RV function more effectively than anticoagulation only

  - **Will provide level 1 evidence for CAVT versus current SOC (anticoagulation alone) and potentially move MT to frontline therapy option for this patient population**

  - Patient enrollment initiated late 2023; **primary results expected around mid-2026 timeframe**

*Source: clinialtrials.gov; Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Clinical evidence generation



- At this point, while current body of evidence such as aforementioned registry studies are highly encouraging in terms of potentially better outcomes relative to current SOC (anticoagulation), **there remains a paucity of robust RCT data confirming the safety and efficacy of catheter-based interventions**.

- **But as outcomes from several ongoing RCTs enumerated above are reported over the next few years, provided positive results, clinicians we've spoken with are optimistic of VTE treatment guidelines ultimately getting updated with percutaneous therapies like FlowTriever, ClotTriever, and Lightning Flash moving to first-line therapy** – very much like what we saw for STEMIs where >90% of patients now undergo an intervention.

- As such, **we believe results from the above RCTs represent key catalysts that will be highly determinative of the LTGR for Inari's VTE catheters and mechanical thrombectomy more broadly.**

# Clinical evidence generation
## Key ongoing randomized trials for VTE



| Study | Sponsor | Patient population | Study arms | Primary results timing (estimated) |
|---|---|---|---|---|
| PEERLESS I | Inari | Intermediate-high risk PE | FlowTriever MT vs CDT | 2H24 (likely TCT) |
| DEFIANCE | Inari | Iliofemoral DVT | ClotTriever MT vs standalone AC (SoC) | Late 2025 |
| HI-PEITHO | Boston | Intermediate-high risk acute PE | Ekos USAT + AC vs standalone AC (SoC) | Late 2025 |
| STORM-PE | Penumbra | Intermediate-high risk acute PE | CAVT + AC vs standalone AC (SoC) | Mid-2026 |
| PEERLESS II | Inari | Intermediate risk acute PE | FlowTriever MT + AC vs standalone AC (SoC) | Late 2026 |
| PE-TRACT | NIH | Submassive PE | MT or CDT + AC vs standalone AC (SoC) | Early 2027 |

*Source: clinialtrials.gov; Deutsche Bank estimates*

Deutsche Bank
Research

# Portfolio expansion
## The next leg of the stool



# Inari's growth strategy
## Portfolio expansion (i)



- **Continued innovation in core VTE and new MT platforms targeting TAM-expansive adjacencies via both organic and inorganic investments.**

- R&D on new technology development remains a top priority, as evidenced by ~14 meaningful new product launches over the past couple years and steady cadence of new product flows to continue going forward.

- Product development efforts focused both on bolstering core VTE portfolio and development of new thrombectomy catheters targeting other vessel beds and thereby expanding Inari's addressable market.

- Inorganic product/technology acquisitions such as recent Limflow purchase to be expected

# Inari's growth strategy
## Portfolio expansion (ii)



**Core VTE will remain top focus and primary growth driver over forecast period given substantial and still highly underpenetrated TAM**

- Inari now on gen4 for FlowTriever and gen3 for ClotTriever and continues to innovate to bolster its leadership in PE and DVT

- ClotTriever XL now fully launched: expands treatment range vis-à-vis clot chronicity from the cava to popliteal vein

- ClotTriever II BOLD gen2: enhanced ease of use and procedure efficiency

- Triever16 (T16): highly-trackable catheter with pre-shaped curve for more targeted aspiration in PE and peripheral thrombectomy; compatible with FlowSaver (blood return system) with access to both 20F and 24F FT under Inari's PPP model

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## Portfolio expansion (iii) – Emerging Therapies



**Emerging Therapies: new mechanical thrombectomy catheters targeting additional vessel beds outside VTE,** with multiple new product launches both organically developed and acquired (Limflow for CLTI) and targeting four additional and meaningfully TAM-expansive patients segments

| Target condition | Annual US incidence (M) | Annual US TAM (MM) | Inari therapy |
|---|---|---|---|
| Chronic Venous Disease (CVD) | 100 | $1,000 | RevCore; new CVD system (VenaCore) launch expected in 2H24 |
| Acute Limb Ischemia (ALI) | 80 | $600 | Artix - relaunch in 2H24 |
| Dialysis Access | 250 | $800 | InThrill for AVF clots (gen2 launch late 2024) |
| Chronic Limb Threatening Ischemia (CLTI) | 55 | $1,375 | LimFlow (acquired in 4Q23) |
| **Emerging Therapies - TOTAL US TAM** | **485** | **$3,775** | |

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Portfolio expansion (iv) – Emerging Therapies



## Chronic venous disease (CVD)

- ~100K total annual US incidences of CVD

- Initial targeted CVD segment: venous stent thrombosis, with ~90k venous stents implanted per year – of which ~15% develop in-stent thrombosis and for which clinicians indicate a lack of good treatment options.  Subacute and chronic venous stent thrombosis generally addressed with angioplasty, stent relining, or compression stockings – which provide only partial and insufficient solutions as they don't enable removal of the actual problematic clot, meaning the patient continues to face poor quality-of-life

- RevCore launched mid-2023 as first and only MT catheter approved for clot removal and blood flow restoration in venous stent thrombosis, which cannot be addressed by Inari's core VTE portfolio (FT/CT) and thus represents a completely new addressable patient population.  One potential issue clinicians have noted with RevCore is risk of distal embolization (not unlike for other in-stent thrombosis interventions) – but which can be mitigated with use of embolic protection device.  For 2024, RevCore represents a key growth driver for Emerging Therapies segment

- Multiple additional products in development to address other CVD subsegments, **most imminent being VenaCore slated for launch in 2H 2024**

- **From a market development/adoption curve perspective, one notable difference is that CVD patients don't present to the ER (like VTE patients), but are generally treated by podiatrists/PCPs.  As such, we believe commercial adoption of RevCore, VenaCore and other MT catheters for CVD will require market development investments and pace of adoption will thus be more gradual**

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Portfolio expansion (v) – Emerging Therapies



## Acute Limb Ischemia (ALI)

- ~80k annual US incidences of ALI

- ALI characterized by rapid deterioration in limb perfusion that presents significant threat to viability of limb and hence is treated as an emergent vascular condition.  Currently, ~half of ALI patients undergo embolectomy via open surgery – presenting clear and significant market opportunity for endovascular solutions.

- Unlike VTE, ALI is a fairly mature market as vast majority are already treated – but problem is that current therapies have major limitations/drawbacks such as need for multiple interventions and use of thrombolytics, in addition to large portion of interventions currently involving open surgery

- Inari received FDA approval for Artix MT system for ALI thrombectomy in 2022; however, the company subsequently withdrew Artix from market based on initial clinician feedback and need for design enhancements.

- **Relaunch of Artix gen2, which management says will feature improved ease of use and treatment efficacy, on track for 3Q though only very modest revenue contribution assumed in 2024 revenue guidance**

- Clear revenue synergy opportunities for Artix and LimFlow

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Portfolio expansion (vi) – Emerging Therapies



## Dialysis Access Management

- ~250k annual incidences

- Significant unmet clinical need for therapies to address venous clouts outside iliofemoral region (upper extremities/BTK)

- ESRD patients on dialysis typically require vascular access via AV fistula or AV graft, which often presents a challenge given very low (<20%) patency rates for thrombosed AV access site, which is leading cause of dialysis failure and culprit in ~75% of cases of permanent loss of AV access.

- Significant consequences of AV access site thrombosis: disruption of hemodialysis therapy, need to insert central venous catheter, hospital readmission, and even increased mortality. However, current treatment options associated with safety issues and limited efficacy.

- **Inari's commercial launch of InThrill for AV fistula/graft thrombectomy ongoing and represents a key nearer-term growth driver for Emerging Therapies segment over next few quarters**

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Portfolio expansion (vii) – Emerging Therapies



## Critical Limb-Threatening Ischemia (CLTI) – LimFlow acquisition

- LimFlow acquired by Inari in November 2023 for $250mm cash upfront plus upto $165mm of contingencies based on reimbursement and commercial milestones over next three years (first payment would be in 2025); Inari had prior LimFlow equity investment/board seat

- 500k+ US annual incidence of CLTI, of which ~10% are "no option" patients who are not candidates for revascularization and thus must undergo amputation; ~50% 1yr mortality for Medicare patients with CLTI undergoing amputation.

- Initial TAM for LimFlow thus 50-70k limbs (some patients present with two at-risk limbs)

- TAM could ultimately be ~2x higher given potential to treat CLTI patients with less severe disease (~150k total non-traumatic ischemia-related amputations per year) such as Rutherford IV patients – however, broader label would require additional clinical trial work which is unlikely to be pursued by Inari (though we do foresee some off-label use over time as on-label experience builds).

- LimFlow addresses a big unmet need: TADV (transcatheter arterialization of deep vein) works by rerouting blood flow to patient's intact venous system and thereby restoring healthy reperfusion to the foot, thus leading to ischemic pain relief and complete healing of the foot

*Source: Company filings; Deutsche Bank estimates*

# Inari's growth strategy
## Portfolio expansion (viii) – Emerging Therapies



## Critical Limb-Threatening Ischemia (CLTI) – LimFlow acquisition

- **LimFlow is the only PMA approved device for treatment of no-option CLTI based on robust data from PROMISE II** single-arm pivotal trial (n=105) published in *New England Journal of Medicine* in March 2023

    - 77% procedural success (technical success with death-/amputation-/reintervention-free survival at one month post procedure)

    - 76% of patients exhibiting completely (25%) or partially (51%) healed wounds at six months

- In terms of commercial strategy, **while LimFlow call points are same as core VTE franchise (interventional cardiologist, interventional radiologist, and vascular surgeon), Inari nonetheless intends to keep LimFlow salesforce separate given much more concentrated customer base: ~200 high-volume US CLTI centers vs ~2000 site TAM for VTE.**

*Source: Shishehbor et al., New England Journal of Medicine, 2023, 388: 1171-1180; Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## Portfolio expansion (ix) – Emerging Therapies



## Critical Limb-Threatening Ischemia (CLTI) – LimFlow acquisition

- Following FDA approval in September 2023, limited launch of LimFlow is ongoing

- **Initial revenues/ET segment growth contribution expected to be modest** for multiple reasons:

  - integration of LimFlow salesforce ongoing, with about a dozen sales reps in place at time of acquisition and Inari now making addition rep hires; ca

  - hospitals working through VAC approval process to get LimFlow added to their formularies;

  - clinician/new center training, with initial cases being done at ~23 US clinical trial sites from PROMISE II who are already trained

- Reimbursement for LimFlow already in place for both inpatient and outpatient procedures, with vast majority of cases expected to be done inpatient where DRG is in place, and **CMS' recently published IPPS final rule for FY25 establishes an NTAP adding an additional ~$16k of payment beginning October 1 – and which we thus expect to be a meaningful catalyst to adoption.**

- Because LimFlow is a non-emergent procedure, **we would not be surprised to see CLTI patient warehousing ahead of the NTAP – followed by an uptick in utilization once the add-on kicks in.**

*Source: CMS.gov; Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Inari's growth strategy
## International expansion



- Inari's pursuit of OUS markets still very early days with international representing only ~6% of company sales currently; management expects OUS to ultimately represent >20% of revenues several years hence though our model projects international mix remaining <10% over forecast period reflecting (1) focus/investments remaining primarily on the substantial and still underpenetrated US opportunity for VTE; and (2) limited reimbursement in OUS markets, which we believe will remain the case pending outcomes from ongoing RCTs and ensuing guideline changes that will be critical to getting payors on board – all of which will take at least a few years

- OUS growth remains robust: +105% yr/yr YTD revenue growth through 2Q24, albeit off small base

- Nearer-term OUS growth will continue to come predominantly from Western Europe and Canada; initial launches in select Latin America and APAC markets tracking well but still very early days.

- Early work ongoing in the all-important China and Japan markets such as engagement with regulatory bodies to secure product approvals; Inari expects first cases in both markets by YE24 – though we believe meaningful revenue contribution from both markets still a few years away.

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

64

# Mechanical Thrombectomy

## Value proposition includes key clinical and economic benefits



- Single-session therapy

- Complete removal of vascular thrombus – including chronic clot

- More rapid reperfusion versus surgical thrombectomy

- Straightforward procedure with modest learning curve (ICs highly adept with catheter-based devices)

- Limited blood loss

- Obviates need for thrombolytics, which are expensive and many patients contraindicated

- Reduced infection rate

- No ICU stay required (in contrast to patients receiving IV thrombolytics)

- No capital equipment purchases required for hospital

# Mechanical Thrombectomy
## Inari's "purpose-built" devices



- Of the >170 thrombectomy devices approved by FDA since 2000, almost all competitor systems including Penumbra's were initially designed for thrombus removal in the arterial setting – and then subsequently "repurposed" to target clot in venous settings.

- NARI argues that its FT and CT have inherent competitive advantage because they were "purpose-built" to address thrombus specifically in the venous system given key differences between venous and arterial vessels and clots therein

|  | Arterial system | Venous system |
|---|---|---|
| Hemodynamics | HIGH flow & HIGH pressure | LOW flow & LOW pressure |
| Vessel morphology | SMALLER vessels that CONSTRICT in direction of blood flow | LARGER vessels that ENLARGE in direction of blood flow |
| Clot morphology | SMALLER size/amount of clot; SOFT clot; "FLOATING" clot within vessel | LARGER size/amount of clot; FIRMLY constituted clot; clot AFFIXED to vessel wall |

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

# Deep vein thrombosis (DVT)
## Market overview



- Formation of blood clot (thrombus) within a deep vein, most often in the leg but sometimes in the arm.

- Causes of DVT include blood vessel damage from an injury or during surgery, physical inactivity, and some medications.

- Pulmonary embolism (PE) is the most serious complication of DVT and occur when portion of clot breaks free into bloodstream and causes blockage in the lungs.

- About 10% of patients whose DVT is left untreated develop a PE.

- Venous thromboembolisms like DVT are #3 most frequent cause of cardiovascular-related deaths (behind heart attack and stroke).

- While many DVTs resolve without major complications, 43% of patients will develop post-thrombotic syndrome within 2-years post-DVT; published estimates indicate rate of DVT recurrence could be as high as 25%.

- DVT treatments focused on three objectives:

   1. Preventing clot from enlarging

   2. Preventing clot from dislodging from vessel wall and migrating to the lungs

   3. decreasing risk of recurrent DVT / post-thrombotic syndrome

*Source: Seifi et al., Journal of Clinical Neuroscience 2018 (57); company filings; TCTMD; Deutsche Bank estimates*

# Deep vein thrombosis (DVT)
## Market overview



- Anticoagulation meds are central to treatment protocols for DVT; don't eradicate existing clots but help prevent them from getting larger and also prevent formation of new clots.

- IVC filters used in patients contraindicated for anticoagulants or ineffective against new emboli occurrences

- Compression stockings to prevent pooling of blood, which can lead to formation of clots.

- Catheter-directed thrombolysis (CDT) used in cases where other medications are ineffective or in patients with severe clots.  However, conventional thrombectomy approaches have notable drawbacks that include limited trackability, risk of vascular injury / major bleeding (both within the limb and other regions including the brain), and meaningful rates of incomplete revascularization.  CDT also requires patient being admitted to ICU

- Mechanical thrombectomy has emerged as another endovascular treatment option for DVT, whereby clot is removed in one single session.  MT is used both concomitantly with CDT and surgery – or standalone, including in patients contraindicated for thrombolysis/surgery.

*Source: Lichtenberg et al, Endovascular Today, July 2016; Waheed et al., Deep Vein Thrombosis, StatPearls Publishing (Updated 2021); Penumbra; Deutsche Bank estimates*

# Pulmonary embolism (PE)
## Market overview



- PE: blood clot that develops in a blood vessel (usually in the leg), which then migrates to the lung and causes a sudden blockage of blood flow in a pulmonary artery.

- Typically results in patient experiencing severe chest pain and shortness of breath – akin to a heart attack.

- Early diagnosis critical; among patients with massive PE, up to 50% die within 30 min and 85% within 6 hours of symptom onset

- Treatment options for PEs include:

  - medical anticoagulation to prevent clot from enlarging and new clot formation;

  - IV fibrinolytic therapy (aka "clot busters") in life-threatening situations;

  - IVC filter placed in inferior vena cava to prevent clots from entering lungs, usually in patients contraindicated for anticoagulants;

  - Embolectomy to surgically remove the blood clot in rare cases where PE is especially large and/or patient is unstable;

  - Endovascular thrombolysis;

  - **Mechanical thrombectomy to remove clot endovascularly**

*Source: Turetz et al., Seminars in Interventional Radiology 2018 Jun; 35(2); Sekhri et al., Archive of Medical Science 2012;8(6); CDC.gov; Penumbra; Deutsche Bank estimates*

# Pulmonary embolism (PE)
## FDA approved endovascular therapies



| Device | Manufacturer | Mechanism of action | Specifications | FDA label |
|---|---|---|---|---|
| Uni-Fuse | Angiodynamics | CDT | 4-5F catheter | Broad 510k approval for thrombus removal in peripheral vasculature |
| Cragg McNamara | Medtronic | CDT | 4-5F catheter | Broad 510k approval for thrombus removal in peripheral vasculature |
| Ekosonic | Boston Scientific | Ultrasound-enhanced CDT | 5F catheter | 510k approval for arterial and venous thromboembolisms in 2004; PE approval in 2014 |
| Angio-vac | Angiodynamics | Veno bypass | 26F access for inflow; 16-20F for outflow | 510k approval for removal of intravascular material |
| Angiojet | Boston Scientific | "pharmacomechanical" thrombectomy | 6-8F catheter | 510k for peripheral thrombectomy; black box warning for use in pulmonary arteries |
| Alphavac | Angiodynamics | Mechanical Thrombectomy | 18F catheter | 510K for peripheral thrombectomy; PE thrombectomy approval April 2024 |
| Indigo Lightning | Penumbra | Mechanical Thrombectomy | 8/12/16F catheter | 510k for peripheral thrombectomy; PE thrombectomy approval in 2020 |
| **FlowTriever** | **Inari Medical** | **Mechanical Thrombectomy** | **20/24F catheter** | **510k for PE thrombectomy and in-transit clot** |

*Source: Moore et al., Journal of Clinical Imaging Science 2021, 11(5):1-11; FDA.gov; company reports; Deutsche Bank*

# Insider selling
## Overhang as stock declined







- Over the past three years, insiders have purchased 56k and sold 2.4m shares on the open market. While there was a pause in insider selling in early 2024, it appears to have resumed.

- The largest seller over the past 3y has been Bill Hoffman, ex-CEO of Inari. His selling accounts for ~65% of total insider sales over a 3y timeframe. Bill Hoffman still owns 743k shares, or 1.3% of the total shares outstanding; hence, he has already exited the majority of his position.

  - Other notable insider sellers include: Drew Hykes, current CEO; Mitchell Hill, current CFO; Tom Tu, current CMO.

*Source: Bloomberg Financial LP*

Deutsche Bank
Research

71

# NARI valuation
## Comparable company analysis



Disclosure of DOJ investigation

NARI US Equity (Inari Medical Inc) Graph 7  Daily 05AUG2023-05AUG2024        Copyright© 2024 Bloomberg Finance L.P.        05-Aug-2024 15:36:21

| | | |
|---|---|---|
| NARI US Equity – EV / BEst Sales (R1) | 4.029 |
| BSX US Equity – EV / BEst Sales (R1) | 6.739 |
| EW US Equity – EV / BEst Sales (R1) | 5.549 |
| IRTC US Equity – EV / BEst Sales (R1) | 3.737 |
| PEN US Equity – EV / BEst Sales (R1) | 5.325 |
| PODD US Equity – EV / BEst Sales (L1) | 6.781 |
| SYK US Equity – EV / BEst Sales (R1) | 5.654 |

*Source: Bloomberg Finance LP*

# NARI valuation
## Comparable company analysis



| | Market Cap | Enterprise Value | EV/Sales | | | Rev growth |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 2024 | 2025 | 2026 | 2024-26 |
| BSX | 107,664 | 115,925 | 7.1x | 6.4x | 5.8x | 10.5% |
| EW | 37,022 | 35,792 | 5.6x | 5.5x | 5.0x | 6.1% |
| IRTC | 2,214 | 2,210 | 3.8x | 3.2x | 2.7x | 17.7% |
| PEN | 6,970 | 6,859 | 5.8x | 5.0x | 4.4x | 14.5% |
| PODD | 13,535 | 14,185 | 7.2x | 6.0x | 5.2x | 17.6% |
| SYK | 122,346 | 133,133 | 5.9x | 5.5x | 5.1x | 7.8% |
| | | | | | | |
| Mean | | | 5.9x | 5.3x | 4.7x | 12.4% |
| Median | | | 5.9x | 5.5x | 5.0x | 12.5% |
| | | | | | | |
| NARI | 2,737 | 2,660 | 4.4x | 3.7x | 3.2x | 17.8% |
| premium/discount (NARI vs peer group avg) | | | -25% | -29% | -32% | 44% |



- NARI shares currently trade at a 4.0x forward revenue multiple, **<u>a substantial 35% discount to the 6.1x comparables average that also equals NARI's 2yr average multiple</u>**

*Source: Bloomberg Finance LP; Deutsche Bank*

# NARI valuation
## Comparable company analysis



- Despite NARI's premium revenue CAGR at the top end of the peer group, we believe the NARI multiple discount is reflective of a combination of factors, including concerns around (1) durability of VTE market growth; (2) competition; and (3) DOJ investigation

- Given our bullish VTE market outlook, confidence around NARI's sustained leadership therein, and view that the DOJ investigation is manageable, we expect the multiple to recover to more in line with the peer group provided the company returns to a beat-and-raise story in the back half as we foresee.

- Still, in light of the aforementioned factors, our 5.0x target multiple is a 10% discount to the peer group average.

- **We are establishing a price target of $68, which equates to 5.0x our forward revenue estimate 12m hence.**

| Multiple | PT |
|---|---|
| 3.5x | $48 |
| 4.0x | $55 |
| 4.5x | $62 |
| **5.0x** | **$68** |
| 5.5x | $75 |
| 6.0x | $81 |
| 6.5x | $88 |

*Source: Bloomberg Finance LP; Deutsche Bank*

Deutsche Bank
Research

# NARI valuation
## Comparable transactions; looks to be upside to floor take-out multiple



- As we look at NARI's valuation discounted valuation, we feel it is at least prudent to understand what a takeout scenario could look like.

- Here we look at four small to mid-cap medtech acquisitions over the last 2.5 years alongside their growth rates and multiples. The larger acquisitions of ABMD and SWAV, both by JNJ, were both done at healthy DD revenue multiple premiums (we note ABMD figures represent FY ended 3/31 so its multiples would be modestly lower on a CY basis).

- SWAV carries the fastest 23-26E revenue CAGR amongst the group, while consensus estimates for ABMD didn't include successful execution on multiple potential top-line catalysts over the next several years, most notably ECP, which combined with already significant scale commanded premium valuations. But NARI is not far behind.

| Deal Comps | Announced | Purchase price EV ($B) | 2024E EV/Sales | 2025E EV/Sales | 23-26E Sales CAGR |
|---|---|---|---|---|---|
| ABMD | 2/11/2022 | $16.6 | 12.5x | 11.0x | 15.7% |
| AXNX | 1/8/2024 | $3.4 | 7.7x | 6.3x | 20.0% |
| SWAV | 4/5/2024 | $13.1 | 14.2x | 11.6x | 22.3% |
| SILK | 6/18/2024 | $1.2 | 5.9x | 5.3x | 11.4% |
| | | | | | |
| NARI | | $2.7 | 4.5x | 3.8x | 19.1% |

*Note: ABMD reflects fiscal years and excludes CVRs*

*Source: Bloomberg Finance LP; Deutsche Bank*

Deutsche Bank
Research

# NARI valuation
## Comparable transactions; looks to be upside to floor take-out multiple



- AXNX and more recently SILK provide examples of smaller-cap deals closer to NARI's current size and growing at similar rates. AXNX and SILK, which were both acquired by BSX, were bought at 6.3x and 5.3x 2025E EV/Sales respectively, bracketing NARI's historical range but representing significant premiums to NARI's current '25 multiple.

- NARI's 19% 23-26E sales CAGR is just a touch below AXNX's 20%, and 65% higher than SILK's 11.4% per consensus. While this is simplistic in that it only considers headline top-line growth, we still feel it provides some clarity into a floor-level valuation in the event of a sale, which this analysis indicates is materially above current levels.

| NARI Valuation Sensitivity | AXNX | SILK | SWAV/ABMD |
|---|---|---|---|
| '25E multiple | 6.3x | 5.3x | 11.0x |
| Upside to NARI | 65% | 39% | 189% |
| NARI EV ($B) @ comp. multiple | $4.5 | $3.8 | $7.8 |

*Source: Bloomberg Finance LP; Deutsche Bank*

Deutsche Bank
Research

# Margins
## Management commentary



- **BofA Healthcare Conference (5/15/24):**

  - "[NARI has a] commitment to return to operating profitability in the first half of 2025, we feel like we're on track to do that"

  - "We're just slightly below 87% in Q1 and we're sort of seeing it staying in that range as we move through this year. There's a longer-term trend in gross margin to trail off into the 85% range as we continue to get more international business…we think we can keep it in [the] mid-80s"

  - "Three phase [margin] journey: number one would be the return to operating profitability. Secondly, we continue to operate at a LDD level of operating profitability for 1, 2, or 3 years…Longer-term, we think this is a business that has very positive prospects for a 20%-plus operating margin."

  - "We maybe have a slightly slower ramp to the return to profitability to the [20%+ margins] as a result of these investments that we're making."

  - "Part of [margin expansion] will just happen as a function of the revenue growth….in terms of our SG&A, how can we gain operating leverage in the sales as a percentage of revenue as the company continues to grow…We still have reps present in the vast majority of cases, someplace in the 80%, 90% range."

*Source: Company filings; Deutsche Bank estimates*

# Margins
## Our estimates







- We assume **gross margins** erode over as the relatively lower margin international segment increases its share of NARI's revenue mix. Still, we believe NARI can maintain a GM profile in the mid 80% range, among the best within our Medtech coverage universe.

- We model **operating margins** turning positive in 1H25 and continuing to ramp at a conservative pace over the next few years. Investments in clinical trials and elevated SG&A will hinder rapid operating margin expansion. NARI has a sales rep present in 80-90% of cases, which makes SG&A (73% of sales in '23) leverage difficult. However, at the end of the day, an ~85% GM profile makes 20% to 30% operating margins attainable.

*Source: Company filings; Deutsche Bank estimates*

Deutsche Bank
Research

78

# SG&A Growth
## NARI spending more relative to revenue growth









- EW and ISRG who both grew revenues faster than SG&A post major product launches, whereas NARI has not.

- We note that EW and ISRG both had materially more revenues of $1.9b in 2012 and $2.1b in 2014, respectively relative to NARI's 2019 revenues of $51m. Hence, this is not an apples-to-apples comparison.

*Source: DB estimates, Company reports*

# Risks to our investment thesis



- Slower-than-expected VTE market growth

- Greater-than-expected VTE share loss (competition)

- Disappointing outcomes from key ongoing RCTs (PEERLESS I/II, DEFIANCE, etc.) that are key to our long-term growth outlook for VTE mechanical thrombectomy

- Pipeline delays and poor uptake of new products within Emerging Therapies

- Failure to achieve operating profitability targets

- Poor inroads internationally

- Greater-than-anticipated fallout from the DOJ investigation.

9 August 2024

Hospital Supplies & Medical Devices

Inari Medical



# Appendix 1

## Important Disclosures

*Other information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| Inari Medical | NARI.OQ | 48.72 (USD) 08 Aug 2024 | NA |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/EquityResearchDisclosures. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Disclosures/Disclaimer. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/EquityResearchDisclosures. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Disclosures/Disclaimer. Investors are strongly encouraged to review this information before investing.

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Pito Chickering.

Deutsche Bank Securities Inc.

9 August 2024

Hospital Supplies & Medical Devices

Inari Medical



## Historical recommendations and target price: Inari Medical (NARI.OQ)
*(as of 08/07/2024)*



**Current Recommendations**

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

## Equity Rating Key

Buy: Based on a current 12-month view of TSR, we recommend that investors buy the stock.

Sell: Based on a current 12-month view of TSR, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

TSR = Total Shareholder Return. Percentage change in share price from current price to projected target price plus projected dividend yield

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



9 August 2024

Hospital Supplies & Medical Devices

Inari Medical



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively 'Deutsche Bank'). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

Effective 13 October 2023, Deutsche Bank AG acquired Numis Corporation Plc and its subsidiaries (the "Numis Group"). Numis Securities Limited ("NSL") is a member of the Numis Group and a firm authorised and regulated by the Financial Conduct Authority (Firm Reference Number: 144822). Deutsche Bank AG provides clients with, amongst other services, Investment Research services. NSL provides clients with, amongst other services, non-independent research services.

During an initial integration process, the research departments of Deutsche Bank AG and NSL will remain operationally distinct. Consequently, disclosures relating to conflicts of interest that may exist for Deutsche Bank AG and/or its affiliates do not currently take into account the business and activities of the Numis Group. The conflicts of interest that may exist for the Numis Group, in relation to the provision of research, can be found on the Numis website at https://www.numis.com/legal-and-regulatory/conditions-and-disclaimers-that-govern-research-contained-in-the-research-pages-of-this-website. The disclosures on this Numis webpage do not currently take into account the business and activities of Deutsche Bank AG and/or its affiliates which are not members of the Numis Group.

Additionally, any detailed conflicts of interest disclosures pertaining to a specific recommendation or estimate made on a security mentioned in this report or which have been included in our most recently published company report or found on our global disclosure look-up page, do not currently take into account the business and activities of the Numis Group. Instead, details of detailed conflicts of interest disclosures for the Numis Group, relating to specific issuers or securities, can be found at: https://library.numis.com/regulatory_notice. The issuer/security-specific conflict of interest disclosures on this Numis webpage do not take into account the business and activities of Deutsche Bank and/or its affiliates which are not members of the Numis Group.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company's page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

9 August 2024
Hospital Supplies & Medical Devices
Inari Medical



The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates - these are common in emerging markets. The index fixings may - by construction - lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited - up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the 'Characteristics and Risks of Standardized Options", at https://www.theocc.com/company-information/documents-and-archives/publications. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company's research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA and SIPC. Analysts located outside of the United States are employed by non-US affiliates and are not registered/qualified as research analysts with FINRA.

**European Economic Area (exc. United Kingdom)**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main.

9 August 2024

Hospital Supplies & Medical Devices

Inari Medical



Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority. This research report is also distributed by Numis Europe Limited ('NEL'), to EEA clients as third-party research. NEL is an investment firm authorised and regulated by the Central Bank of Ireland ('CBI'), with its registered address at Riverview House, 21-23 City Quay, Dublin 2, D02 FP21, The Republic of Ireland.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at 21 Moorfields, London EC2Y 9DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong SAR**: Distributed by Deutsche Bank AG, Hong Kong Branch except for any research content relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571. Research reports on such futures contracts are not intended for access by persons who are located, incorporated, constituted or resident in Hong Kong. The author(s) of a research report may not be licensed to carry on regulated activities in Hong Kong and, if not licensed, do not hold themselves out as being able to do so. The provisions set out above in the 'Additional Information' section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. This report is intended for distribution only to 'professional investors' as defined in Part 1 of Schedule of the SFO. This document must not be acted or relied on by persons who are not professional investors. Any investment or investment activity to which this document relates is only available to professional investors and will be engaged only with professional investors.

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex, Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration no.: INZ000252437; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL's Compliance / Grievance officer is Ms. Rashmi Poddar (Tel: +91 22 7180 4929 email ID: complaints.deipl@db.com). Registration granted by SEBI and certification from NISM in no way guarantee performance of DEIPL or provide any assurance of returns to investors. Investment in securities market are subject to market risks. Read all the related documents carefully before investing. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. 'Moody's', 'Standard Poor's', and 'Fitch' mentioned in this report are not registered credit rating agencies in Japan unless Japan or 'Nippon' is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa:** Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore:** This report is issued by Deutsche Bank AG, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, 65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level

9 August 2024

Hospital Supplies & Medical Devices

Inari Medical



5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia (DSSA) is a closed joint stock company authorized by the Capital Market Authority of the Kingdom of Saudi Arabia with a license number (No. 37-07073) to conduct the following business activities: Dealing, Arranging, Advising, and Custody activities. DSSA registered office is Faisaliah Tower, 17th Floor, King Fahad Road - Al Olaya District Riyadh, Kingdom of Saudi Arabia P.O. Box 301806.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for 'wholesale clients' within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://www.dbresearch.com/PROD/RPS_EN-PROD/PROD0000000000521304.xhtml . Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent.

Backtested, hypothetical or simulated performance results have inherent limitations. Unlike an actual performance record based on trading actual client portfolios, simulated results are achieved by means of the retroactive application of a backtested model itself designed with the benefit of hindsight. Taking into account historical events the backtesting of performance also differs from actual account performance because an actual investment strategy may be adjusted any time, for any reason, including a response to material, economic or market factors. The backtested performance includes hypothetical results that do not reflect the reinvestment of dividends and other earnings or the deduction of advisory fees, brokerage or other commissions, and any other expenses that a client would have paid or actually paid. No representation is made that any trading strategy or account will or is likely to achieve profits or losses similar to those shown. Alternative modeling techniques or assumptions might produce significantly different results and prove to be more appropriate. Past hypothetical backtest results are neither an indicator nor guarantee of future returns. Actual results will vary, perhaps materially, from the analysis.

The method for computing individual E,S,G and composite ESG scores set forth herein is a novel method developed by the Research department within Deutsche Bank AG, computed using a systematic approach without human intervention. Different data providers, market sectors and geographies approach ESG analysis and incorporate the findings in a variety of ways. As such, the ESG scores referred to herein may differ from equivalent ratings developed and implemented by other ESG data providers in the market and may also differ from equivalent ratings developed and implemented by other divisions within the Deutsche Bank Group. Such ESG scores also differ from other ratings and rankings that have historically been applied in research reports published by Deutsche Bank AG. Further, such ESG scores do not represent a formal or official view of Deutsche Bank AG. It should be noted that the decision to incorporate ESG factors into any investment strategy may inhibit the ability to participate in certain investment opportunities that otherwise would be consistent with your investment objective and other principal investment strategies. The returns on a portfolio consisting primarily of sustainable investments may be lower or higher than portfolios where ESG factors, exclusions, or other sustainability issues are not considered, and the investment opportunities available to such portfolios may differ. Companies may not necessarily meet high performance standards on all aspects of ESG or sustainable investing issues; there is also no guarantee that any company will meet expectations in connection with corporate responsibility, sustainability, and/or impact performance.

Copyright © 2024 Deutsche Bank AG



### David Folkerts-Landau
Group Chief Economist and Global Head of Research

| Pam Finelli | Steve Pollard | Jim Reid | Tim Rokossa |
|---|---|---|---|
| Global Chief Operating Officer Research | Global Head of Company Research and Sales | Global Head of Macro and Thematic Research | Head of Germany Research |
| Gerry Gallagher | Matthew Barnard | Peter Milliken | Debbie Jones |
| Head of European Company Research | Head of Americas Company Research | Head of APAC Company Research | Global Head of Sustainability, Research |
| Sameer Goel | Francis Yared | George Saravelos | Peter Hooper |
| Global Head of EM & APAC Research | Global Head of Rates Research | Global Head of FX Research | Vice-Chair of Research |

### International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Equity Research
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
1-3-1 Azabudai
Azabudai Hills Mori JP Tower
Minato-ku, Tokyo 106-0041
Japan
Tel: (81) 3 6730 1000

**Deutsche Bank AG**
21 Moorfields
London EC2Y 9DB
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
The Deutsche Bank Center
1 Columbus Circle
New York, NY 10019
Tel: (1) 212 250 2500